CAUSE NO. 14-02545

| | | |
|---|---|---|
| **DAVID TYLER MOSS, PLAINTIFF** | § | **IN THE DISTRICT COURT** |
| **vs.** | § | **191ST JUDICIAL DISTRICT** |
| **MARKO PRINCIP, DEFENDANT** | | **DALLAS COUNTY, TEXAS** |

### DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES**, MARCO PRINCIP AND BRYAN MARTIN, as Defendants, having been served with Plaintiff's 1st Amended Petition file this notice of removal to United States District Court, Northern District, Dallas Texas pursuant to the following:

1. Defendant recently sued as a new party Bryan Martin is not at resident of Texas, but a resident of California.

2. Plaintiff recently added Brandon Keating is not a Texas resident, but resides in Illinois.

Therefore, based on 28 US code § 1332 and the controlling case law this case must be removed to Federal Court and Defendants file this Notice at this time

 Respectfully submitted,
 LAW OFFICES OF ROBERT D. WILSON, PC

1

BY: /s/ *Robert D. Wilson*
Robert D. Wilson
State Bar No. 00789823
18111 Preston Road
Suite 150
Dallas, Texas   75252
(214)637-8866
(214)637-2702/fax
Rwilson429@aol.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the attorney for the Plaintiff in accordance with the Texas Rules of Civil Procedure on this 28th of August, 2014.

/s/ *Robert D. Wilson*
Robert D. Wilson
Attorney for Defendant