IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID TYLER MOSS AND BRANDON KEATING,** | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:13-cv-4027- BN |
| vs. | | |
| **MARKO PRINCIP, Individually,** d/b/a VIDEOGAMES YOUTUBE CHANNEL d/b/a ACHIEVEMENT GUIDE d/b/a GAME GUIDE, LLC AND BRIAN MARTIN | § | |
| Defendants. | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES JUDGE:

1. **Plaintiffs** David Tyler Moss and Brandon Keating

2. **Defendants** Marko Princip, individually and d/b/a Videogames Youtube Channel d/b/a Achievement Guide d/b/a Game Guide, LLC and Brian Martin.

3. **Plaintiff's attorney**  Wyde & Associates, Mr. Hunter Nunn  10100 N. Central Expressway  Suite 590  Dallas, Texas  75231  (214)521-9100  Fax(214)521-9130.

4. **Defendant's attorney**   Law offices of Robert D. Wilson, PC  Robert D. Wilson  18111 Preston Road  Suite 150  Dallas, Texas  75252  (214)637-8866  Fax(214)637-2702

5. **State Court**   Honorable Gena Slughter 191st Judicial District Court(7th floor)  600 Commerce Street  Dallas, Texas  75202  (214)653-6609

6. The status of the removed cause is Pending.

7. Defendants request a jury trial.

|  |  |
|---|---|
|  | Respectfully submitted,<br>LAW OFFICES OF ROBERT D. WILSON, P.C. |
| Dated:  08/28/2014 | By:     /s/ *Robert D. Wilson*<br>   Robert D. Wilson<br>State Bar No. 00789823<br>18111 Preston Road<br>Suite 150 – Preston One<br>Dallas, Texas  75252<br>214-637-8866 (Tel)<br>214-637-2702 (Fax)<br>rwilson@wilsonlawtexas.com<br>Attorney for Defendants |

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2014 in compliance with the Federal Rules of Civil Procedure, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following attorneys who are known to represent the United States of America and the corresponding parties.

/s/ *Robert D. Wilson*
Robert D. Wilson, Attorney for Defendants

**For Plaintiffs**

<u>**Via Facsimile (214) 521-9130**</u>
Telephone     (214) 521-9100

Mr. Hunter A. Nunn
WYDE & ASSOC.
10100 N. Central Expressway   Suite 590
Dallas, Texas 75231

2