IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS AND BRANDON KEATING, | § | |
| | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 3:13-cv-4027- BN |
| vs. | | |
| MARKO PRINCIP, Individually, d/b/a VIDEOGAMES YOUTUBE CHANNEL d/b/a ACHEIVEMENT GUIDE d/b/a GAME GUIDE, LLC AND BRIAN MARTIN | § | |
| Defendants. | § | |

## DEFENDANT'S INDEX OF EXHIBITS

TO THE HONORABLE UNITED STATES JUDGE:

Pursuant to Local Rule of the Northern District 81.1, Defendants MARKO PRINCIP and BRIAN MARTIN files this Defendant's Index of Exhibits from that Court to the United States District Court for the Northern District of Texas, Dallas Division on the basis of diversity of citizenship.

In support of this Brief, Defendants show as follows:

Exhibit A    Plaintiff's First Amended Petition filed 08/27/2014

Exhibit B    Defendants First Amended Notice of Removal filed 08/29/14

Exhibit C    Plaintiff's Original Petition filed 03/12/14

Exhibit D    Defendant's Original Answer filed 04/14/14

Exhibit E    Register of Actions Sheet from State Court case as of 09/02/14

                                              Respectfully submitted,
                                              LAW OFFICES OF ROBERT D. WILSON, P.C.

Dated: 09/02/2014                    By:     /s/ Robert D. Wilson
                                              Robert D. Wilson
                                              State Bar No. 00789823
                                              18111 Preston Road
                                              Suite 150 – Preston One
                                              Dallas, Texas  75252
                                              214-637-8866 (Tel)
                                              214-637-2702 (Fax)
                                              rwilson@wilsonlawtexas.com
                                              Attorney for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that on this 2nd day of September 2014 in compliance with the Federal Rules of Civil Procedure, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following attorneys who are known to represent the United States of America and the corresponding parties.

                                        /s/  Robert D. Wilson_____
                                        Robert D. Wilson, Attorney for Defendants

**For Plaintiffs**                                                       **<u>Via Facsimile (214) 521-9130</u>**
                                                                        Telephone    (214) 521-9100

Mr. Hunter A. Nunn
WYDE & ASSOC.
10100 N. Central Expressway   Suite 590
Dallas, Texas 75231