Case 3:14-cv-03088-M   Document 7-2   Filed 09/02/14   Page 1 of 2   PageID 84

Kimberly Ferguson   FILED
DALLAS COUNTY
4/10/2014 9:51:11 AM
GARY FITZSIMMONS
DISTRICT CLERK

CAUSE NO. DC-14-02545-J

| | | |
|---|---|---|
| DAVID TYLER MOSS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| vs. | § § | DALLAS COUNTY, TEXAS |
| MARKO PRINCIP, | § § | |
| Defendant. | § | 191st JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE COURT:

Defendant Mark Princip files this, his Original Answer to Plaintiff's Original Petition in the above-styled and numbered cause, and would respectfully show the Court the following:

### I. GENERAL DENIAL

1. Defendant generally denies every allegation in Plaintiff's Original Petition as provided for under Rule 92 of the Texas Rules of Civil Procedure and demands strict proof thereof.

### II. AFFIRMATIVE DEFENSES

2. Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of unclean hands, waiver, laches, ratification, and estoppel.

3. Plaintiff's claims are barred, in whole or in part, for failure of consideration.

4. Plaintiff's claims are barred, in whole or in part, due to the doctrine of mistake.

5. Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

6. Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate his damages.

DEFENDANT'S ORIGINAL ANSWER—PAGE 1



EXHIBIT B

7.  Plaintiff's claims are barred, in whole or in part, because to the extent a partnership existed between the Plaintiff and the Defendant, that partnership was terminated and/or dissolved.

WHEREFORE, Defendant prays that upon a final disposition of this cause, Plaintiff take nothing by its action herein, that Defendant be discharged with its costs, and that Defendant be awarded such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

/s/ Sara Romine
Monica Latin
  State Bar No. 00787881
  mlatin@ccsb.com
Sara Romine
  State Bar No. 24067488
  sromine@ccsb.com
CARRINGTON, COLEMAN, SLOMAN
  & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Phone: (214) 855-3000
Fax: (214) 855-1333

*Attorneys for Defendant Marko Princip*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 21a, Texas Rules of Civil Procedure, on this 14th day of April, 2014.

/s/ Sara Romine