# REGISTER OF ACTIONS
## CASE NO. DC-14-02545

| DAVID MOSS vs. MARKO PRINCIP | § § § § § | Case Type: **CNTR CNSMR COM DEBT**<br>Date Filed: **03/12/2014**<br>Location: **191st District Court** |
|---|---|---|

## PARTY INFORMATION

| | | | **Lead Attorneys** |
|---|---|---|---|
| **DEFENDANT** | PRINCIP, MARKO | | ROBERT DOYLE WILSON<br>*Retained*<br>214-637-8866(W) |
| **PLAINTIFF** | MOSS, DAVID TYLER | | HUNTER A NUNN<br>*Retained*<br>214-521-9100(W) |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

08/28/2014    **ALL OTHER DISPOSITIONS** (Judicial Officer: SLAUGHTER, GENA)
      Vol./Book 418J, Page 507, 2 pages

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 03/12/2014 | NEW CASE FILED (OCA) - CIVIL |
| 03/12/2014 | CASE FILING COVER SHEET |
| 03/12/2014 | ORIGINAL PETITION |
| 03/12/2014 | ISSUE CITATION |
| 03/14/2014 | CITATION<br>   - ATTY<br>     PRINCIP, MARKO      Served    03/22/2014<br>                              Returned    03/24/2014 |
| 03/24/2014 | RETURN OF SERVICE<br>   *RETURN from Texas Court Process Service (Process Server): Return of Service Affidavit and Citation: Marko Princip* |
| 04/14/2014 | ORIGINAL ANSWER - DEFENDANT<br>   *Defendant's Original Answer* |
| 05/20/2014 | NON-SIGNED PROPOSED ORDER/JUDGMENT<br>   *UNOPPOSED O/WDRAW - ROUTED TO C/ADMIN FOR JUDGE REVIEW* |
| 05/20/2014 | MOTION - WITHDRAW ATTORNEY<br>   *Unopposed Motion to Withdraw* |
| 05/21/2014 | NOTICE OF APPEARANCE |
| 05/21/2014 | ORDER - WITHDRAW ATTORNEY<br>   Vol./Book 417J, Page 489, 1 pages |
| 06/18/2014 | JURY DEMAND |
| 06/18/2014 | MOTION - COMPEL<br>   *Motion - Compel* |
| 07/02/2014 | VACATION LETTER |
| 08/25/2014 | MOTION - COMPEL<br>   *1ST AMENDED & SUPPLEMENTAL & FOR SANCTIONS* |
| 08/26/2014 | NOTICE OF HEARING / FIAT |
| 08/26/2014 | RESPONSE<br>   *Defendant Marko Princip's Resonse to Plaintiff's Motion to Compel & For Sanctions* |
| 08/26/2014 | NOTICE OF HEARING / FIAT<br>   *Notice of Hearing on Defendant's Response & Counter Motion to Compel & For Sanctions* |
| 08/27/2014 | RESPONSE<br>   *TO Plaintiff's Motion to Quash Deposition and Protective Order* |
| 08/27/2014 | NOTICE OF HEARING / FIAT |
| 08/27/2014 | MOTION - TEMPORARY ORDERS<br>   *Plaintiff's Application for Temporary Restraining Order* |
| 08/27/2014 | MOTION - TEMPORARY ORDERS<br>   *First Amended* |


EXHIBIT E

| Date | Event | | |
|---|---|---|---|
| 08/27/2014 | NOTICE OF HEARING 08/28 | | |
| 08/28/2014 | CANCELED **Motion - Compel** (9:30 AM) (Judicial Officer SLAUGHTER, GENA)<br>CASE CLOSED<br>1HR - & TRO - MELISSA - 2145219100 | | |
| 08/28/2014 | **MISCELLANOUS EVENT**<br>*Plaintiff's First Amended Notice of Removal and Demand for Jury Trialr* | | |
| 09/02/2014 | CANCELED **Non Jury Trial** (9:30 AM) (Judicial Officer SLAUGHTER, GENA)<br>CASE CLOSED | | |

FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **PLAINTIFF** MOSS, DAVID TYLER | | | |
| Total Financial Assessment | | | 328.00 |
| Total Payments and Credits | | | 328.00 |
| **Balance Due as of 09/02/2014** | | | **0.00** |

| Date | Description | Receipt | Payer | Amount |
|---|---|---|---|---|
| 03/13/2014 | Transaction Assessment | | | 298.00 |
| 03/13/2014 | CREDIT CARD - TEXFILE (DC) | Receipt # 14440-2014-DCLK | MOSS, DAVID TYLER | (298.00) |
| 06/19/2014 | Transaction Assessment | | | 30.00 |
| 06/19/2014 | CREDIT CARD - TEXFILE (DC) | Receipt # 34787-2014-DCLK | MOSS, DAVID TYLER | (30.00) |