IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS and BRANDON KEATING, | * * * | |
| Plaintiffs, | * * | |
| V. | * * | Civil Action No.: 3:14-CV-3088-M |
| MARKO PRINCIP, *Individually doing business as* VIDEOGAMES YOUTUBE CHANNEL *doing business as* ACHEIVEMENT GUIDE *doing business as* GAME GUIDE LLC, | * * * * * | |
| Defendants. | * | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case (including the trial) and order the entry of a final judgment.

| **Party or Counsel of Record (please designate)** | **Date** |
|---|---|
| _____ | _____ |
| _____ | _____ |

**NOTE:** Return this form to the District Clerk only if it has been executed by all parties to the case.

---

**ORDER OF REASSIGNMENT**

     IT IS HEREBY ORDERED that the above-captioned matter be reassigned to United States Magistrate Renee Harris Toliver for the conducting of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED: _____     _____
                                                                 UNITED STATES DISTRICT JUDGE