**After filling out the questionnaire, please place a "C"     Civil No.: _____
before any answers you deem confidential -
YOU MUST FILL OUT EVERY ANSWER COMPLETELY

## CONFIDENTIAL QUESTIONNAIRE

**First Name and First Initial of Last Name only:** _____
**(For example: John S.)**
**Date & Place of Birth:** _____   **County of Residence:** _____

**Marital Status and How Long:** _____

1. What is your present address and how long have you lived there? _____
   _____

2. Do you (a) own, or (b) rent your place of residence, (c) live with a family member, or (d) other?

   If other, please explain. _____

3. What is the last grade of school, including college or graduate school, which you finished and where? _____

4. List any degrees and field of study, or certificates. _____
   _____
   _____

5. Describe your employment over the last five years, including stating the name of your employer, what type of business it is, your job responsibilities and length of time so employed. If retired or unemployed, state your main occupation and employer when last employed.
   _____
   _____
   _____

6. If applicable, list the first name only of your spouse / life partner, and describe that person's occupation or employment, name of employer, what type of business it is, and job duties. If retired or unemployed, state that person's main occupation and employer when last employed.
   _____
   _____
   _____

7. If you or a family member have served in the Armed Forces: (self __) (family member __) (both __)

   (a) total years served _____ (b) branch _____ (c) last rank _____

**PAGE 1 OF 4 (GO TO PAGE 2 OF 4)**

**MAKE SURE YOU COMPLETED PAGE 1 OF 4 COMPLETELY BEFORE PROCEEDING

8. Have you ever been a union member? _____ If so, what union? _____

9. Describe your leisure time activities:

   (a) Hobbies _____

   (b) Clubs, groups, fellowships, unions or other organizations, and whether you are an officer.
   _____

   (c) Newspapers or magazines you read regularly _____

   (d) Favorite TV programs _____

10. What three (3) people do you admire the most? _____

    The least? _____

11. What book did you read last? _____

12. If you do not object to doing so, state your political preference, if any. _____

13. If you do not object to doing so, state your religious preference, if any. _____

14. Describe any prior jury service you have had, including whether it was a grand jury or a civil or criminal jury and where and when your service took place, whether you were the foreperson, and the outcome.
    _____
    _____
    _____

15. Describe any experience you, a close friend or a family member, ever had as a plaintiff or defendant in a lawsuit, including where, when, type of case and the outcome.
    _____
    _____

16. Have you, a close friend or a family member, had a dispute with a company, filed a grievance, been involved in a protest or boycott, or considered filing a lawsuit? If so, provide details.
    _____
    _____
    _____

17. Have you or a member of your family ever had any legal training of any kind? If so, provide details.
    _____
    _____

**First name only:** _____

**\*\* MAKE SURE YOU FILLED OUT PAGE 2 OF 4 COMPLETELY BEFORE PROCEEDING**

18. Are you, a close friend or relative, a lawyer, police officer, other law enforcement agent or connected to the legal or law enforcement professions? If so, state the nature of the connection or relationship.

    _____

    _____

    _____

19. Make any other comments you wish. _____

    _____

    _____

    _____

# GO TO PAGE 4 OF 4 AND SIGN YOUR <u>FULL</u> NAME

* **MAKE SURE YOU FILLED OUT PAGE 3 OF 4 COMPLETELY BEFORE PROCEEDING**

<u>*This page will be supplied only to the Court.</u>

_____
**JUROR'S FULL SIGNATURE (FIRST AND LAST NAME)**
(For example: JOHN A. SMITH)

<u>*This page will be supplied only to the Court.</u>