# APPENDIX

## Game Guide LLC Membership Agreement

THIS CONTRACT dated 9 March 2012.

BETWEEN:

Game Guide LLC (to be formed later)
    (the "Company")

OF THE FIRST PART

- AND -

Brandon Keating

OF THE SECOND PART

BACKGROUND:

A. Achievement Guide is of the opinion that Brandon Keating has the necessary qualifications, experience and abilities to assist and benefit the Company in its business and operation.

B. Company desires to work with Brandon Keating and agrees to accept and enter upon the terms and conditions set out in this Agreement.

IN CONSIDERATION OF the matters described above and of the mutual benefits and obligations set forth in this Agreement, the receipt and sufficiency of which consideration is hereby acknowledged, the parties to this Agreement agree as follows:



EXHIBIT
A

App.000001

5/11/12                               viewer (1929x2496)

1. Guaranteed to Company

   1. 1. A payment of 1500$ which will be directly going
      towards funding a trip to E3.
   2. Brandon Keating will act as an advisor to Company.

2. Guaranteed to Brandon Keating

1. 30% ownership of the Company, which includes 30% of
   all revenue earned directly or indirectly related
   to the operation of Company.

2. 1500$ paid back to you within 90 days of entering
   the agreement.

3. Brandon Keating will own 30% of the stock and
   interest of the Company, and will have the right to
   make decisions, if he decides to, on how the
   company operates and grows. If there is ever a
   disagreement, the company will hold a vote, and
   Brandon Keating's vote will count as 30% of the
   overall vote count.

4. Marko Princip and Jon Brandt will make the
   operation and growth of Company their main
   priority for a period of 24 months, effective
   immediately. Any other Youtube Channel,
   sponsorship or project, with the exception of

App.000002

TEAMNOBLE, will be considered directly related to Company.

5. If Company ever goes IPO (initial public offering), Brandon Keating will be entitled to 30% of total stock of company. 100% of this stock will vest immediately upon execution of this agreement, and Brandon Keating will decide at a later date whether this stock will be considered non-qualified stock options, or incentive stock options.

6. When the LLC is formed and registered for Company, Brandon Keating will be registered as 30% owner.

[Remainder of Page Intentionally Left Blank]

App.000003

5/11/12                                          viewer (1929×2496)

IN WITNESS WHEREOF, the Parties herein have executed this Agreement as of the date first above
written.

*Brandon Keating*                                          May 11, 2012
Brandon Keating (May 11, 2012)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Brandon Keating)
Partner/Dated

*Marko Princip*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Marko Princip CEO)
Owner Signature/Dated

*Jon Brandt*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(Jon Brandt COO)
Owner Signature/Dated

*Edward Brandt*
(___EDWARD    BRANDT print name)
Parent of Jon Brandt/Dated

App.000004

On Saturday, June 21, 2014 1:18 AM, Marko Princip <busyforawhile@gmail.com> wrote:

To Brandon Keating,

This email is proof that you are 30% owner of Videogames Youtube Channel.

The deal is between Brandon Keating and Marko Princip.

By the 17th of every month you will receive your payment.

————————

Your payment will be done by wire transfer.

————————————

I will be fully transparent moving forward, and all I ask is you do not speak with Brian Martin anymore.

The deal is between Marko Princip and Brandon Keating.

————————

You can expect 5500$ by end of business day June 23, 2014.

Best,
Marko Princip



App.000005

PARTNERSHIP AGREEMENT

This Partnership Agreement (the "Agreement") is made and entered into this May 21, 2012 (the "Effective Date"). The Partners in this Agreement are as follows:

Name: This Agreement will be known as VideoGames Youtube Channel (the "Agreement").

- David Tyler Moss "The Partner" and Marko Princip "The Partner" to this Agreement agree to the following:

- The Partners wish to become legal partners in business. -
  The terms and conditions of their Partnership will be outlined in this Agreement. -
  If the Agreement is executed, the Partnership will be in effect on May 21, 2012. -
  The Partnership's primary place of business will be 18032 Windflower Way,
                    Dallas, Texas, 75252.

-The Partnership will be governed under the laws of the state of Texas.

-The Partnership's primary purpose is Ensure that David Tyler Moss earns 30% of what the channel earns, and anything associated with "VideoGames" brand.

Contributions:

The Partners will make an initial contribution to the Partnership as follows:

- David Tyler Moss will invest 1,500$ into VideoGames company, in return he gets 30% ownership of company and he will make 30% off everything revolving around our brand, channel revenue, website revenue, app revenue, etc.

-David Tyler Moss is an advisor to the company, and has equal say into every decision we make.

-Marko will pay back David Tyler Moss within 60 days of this agreement being signed.

-David Tyler Moss will be able to log into the channel whenever he wants to

Login:

Email: markoguide1693@gmail.com
Password: pediculispubis

David Tyler Moss will earn 30% of the channel revenue, paid out every 15th of the month.
Preferred payment method (If Paypal, include Paypal address)

_____tymossemail@yahoo.com_____

IN WITNESS WHEREOF, this Agreement has been executed and delivered in the manner prescribed by law as of the Effective Date first written above.

Signature: *David Tyler Moss*
David Tyler Moss (May 21, 2012)
Email: tymossemail@yahoo.com

Signature: *Marko Princip*
Marko Princip (May 21, 2012)
Email: my.raw.nerve@gmail.com

EXHIBIT
C

[11/19/12 11:10:44 PM] Brian Martin: Good evening.

[11/19/12 11:10:50 PM] (OUT) MARKO: My business partner Brian is in here, what were you saying?

[11/19/12 11:10:57 PM] Brian Martin: So the hard way is it? Let me go ahead and introduce myself.

[11/19/12 11:11:37 PM] Brian Martin: My name is Brian, I am a business partner, aged 28. I have experience in legal and other arenas. I would like to talk to you about your position and where everyone and everything stands but this is what is going on at the moment.

[11/19/12 11:11:57 PM] Brian Martin: Based on your progress toward the situation, you are actually in violation of extortion.

[11/19/12 11:12:05 PM] tymosss: I don't have a signed contract with you Brian Martin.

[11/19/12 11:12:11 PM] Brian Martin: I am not sure you realize what Extortion is, or the laws

[11/19/12 11:12:24 PM] Brian Martin: I am the official Manager of VideoGames

[11/19/12 11:12:35 PM] Brian Martin: I do believe we are on the connected side.

[11/19/12 11:12:54 PM] Brian Martin: Now, if there is an immediate problem with Marko, I have no issue to removing him from the channel

[11/19/12 11:13:25 PM] Brian Martin: Based on what I am seeing though from your side, with your threats, etc. I find it extremely hard to want to continue business with you regarding my managed channel.

[11/19/12 11:13:46 PM] tymosss: my threats?

[11/19/12 11:14:21 PM] (OUT) MARKO: well I mean dude you said you were getting me fired....

[11/19/12 11:14:24 PM] Brian Martin: Let me clarify what you are doing or have done. It is illegal to go to Machinima or place of employment over a private business matter.

[11/19/12 11:15:59 PM] Brian Martin: I believe sincerely this matter has nothing to do with Machinima, as the contract was between VideoGames and yourself. I'll get to the contract part in a minute. I am only sincerely pointing out the issue at hand. You recently called Marko an idiot, for literally the smallest reason yet Marko, my staff, or anyone aboard the channel has not given you the disrespect in that sense. So in a way I am sincerely going to have to drop business with you and the channel VideoGames as it is ultimately the decision of the Manager in which I am.

[11/19/12 11:16:57 PM] Brian Martin: I do not see anywhere in the contract that you are to contact parties that are not involved. Because an NDA was not signed by Machinima Corporation, you are in violation to the privacy of the contract herein.

[11/19/12 11:17:07 PM] Brian Martin: Your contract is void

[11/19/12 11:17:29 PM] tymosss: Really?

[11/19/12 11:17:37 PM] tymosss: I've never spoke to machinima?

[11/19/12 11:18:14 PM] Brian Martin: So if this was to go to court, and Machinima testifies with proof. Are you confident in your claims?

[11/19/12 11:18:42 PM] Brian Martin: Again, I am not trying to upset anyone. I am simply going over the evidence that was placed in front of me.

[11/19/12 11:19:11 PM] tymosss: Also, marko just apparently tried to reach out to the company i work with Revision3

[11/19/12 11:19:17 PM] Brian Martin: I will have to mention that I am prepared to hear



EXHIBIT

D

App.000007

from your lawyer. If you do in fact think you have a case you are welcomed to contact one however due to the circumstances here a lawyer will not take a case.
[11/19/12 11:19:48 PM] Brian Martin: Revision3 was contacted under my request about other channels.
[11/19/12 11:20:34 PM] Brian Martin: Just because you are a part of the network, does not mean my contacts with Revision3 are about you. I also understand it is illegal for me to contact your network without probable cause, sir.
[11/19/12 11:21:28 PM] Brian Martin: Please clarify what you meant by alreadying speaking to the Machinima Network as there is documented proof in your past skype chats with Marko.
[11/19/12 11:21:42 PM] Brian Martin: already*
[11/19/12 11:24:48 PM] Brian Martin: I am appauled that you would take it upon yourself to contact Machinima, attempt to harm Marko, or my managed channel. I am also completely appauled by the fact that I am witnessing how you are handling the situation. Already with your threats and contacts to Machinima, you not only void the contract under my managed channel's name, but you completely created a caseof extortion upon yourself which I could take action on you however I will not do so because at this point it is clear that you are not interested in VideoGames. You tried to destroy the channel, which deems you non partner material to the channel itself.
[11/19/12 11:25:10 PM] Brian Martin: Now, I will keep this extremely short because I have a meeting with a few software companies.
[11/19/12 11:25:15 PM] Brian Martin: Your contract is void.
[11/19/12 11:25:55 PM] Brian Martin: Your contacts will cease as far as business is concerned I am no longer interested in your contact regarding the channel VideoGames.
[11/19/12 11:26:13 PM] tymosss: I don't have any contract with you Brian.
[11/19/12 11:26:23 PM] tymosss: My contract and this situation is with Marko.
[11/19/12 11:26:29 PM] Brian Martin: Your contract is with my channel.
[11/19/12 11:26:44 PM] Brian Martin: Your contract is with Marko?
[11/19/12 11:26:53 PM] Brian Martin: Then please deal with Marko, and not the channel
[11/19/12 11:27:07 PM] (OUT) MARKO: I asked him to do a call he didn't want to
[11/19/12 11:27:16 PM] Brian Martin: I will deal with Marko, accordingly. But I regret to inform you that your actions have terminated your contract herein
[11/19/12 11:27:34 PM] Brian Martin: Thank you, Marko. And thank you David for your time.
[11/19/12 11:28:01 PM] tymosss: hahahahahah
[11/19/12 11:29:46 PM] (OUT) MARKO: ?
[11/19/12 11:29:59 PM] tymosss: tymosss has left the conversation

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release (the "Agreement") is entered into by and among Brian Martin (hereinafter referred to as "Martin") and Marko Princip (hereinafter referred to as "Princip") and Abby Lovinger and Adam Lovinger, individually, and on behalf of Andrew Lovinger, their minor son, and Adam Lovinger (hereinafter referred collectively to as the "Lovingers"). All parties hereto shall sometimes be referred to as "Parties" and each a "Party". This "Agreement" is freely entered into by the Parties, in consideration of the recitals, promises, representations and commitments made by each of them, all of which are material to this Agreement and set forth herein.

## RECITALS

WHEREAS, the Parties have a dispute over the rights to control a channel on the YouTube website called "VideoGames" (hereinafter referred to as "VideoGames"), including but not limited to a dispute regarding whether a previous settlement and release agreement (the "Previous Settlement Agreement") was validly executed and/or effective.

WHEREAS, on or about October 25, 2013, the Lovingers filed *Lovinger, et al. v. Princip, et al.,* Superior Court of California, in and for the County of San Mateo, Case No. 542942 (the "California Action"), asserting claims for breach of the Previous Settlement Agreement and several related tort claims.

WHEREAS, on or about November 19, 2013, Martin and Princip filed *Martin, et al. v. Lovinger, et al.,* United States District Court for the Eastern District of Virginia, Richmond Division, Civ. Action No. 3:13cv775 (the "Virginia Action"), asserting various statutory and tort claims related to VideoGames against the Lovingers.

WHEREAS, while each Party denies liability to the other Party, all Parties desire to avoid the expense and uncertainty of litigation and desire to permanently resolve this matter without further litigation.

## TERMS AND CONDITIONS

NOW, THEREFORE, in consideration of the promises and representations made herein, which each Party acknowledges as good and valuable, the receipt and sufficiency of which each Party also hereby acknowledges, it is hereby STIPULATED and AGREED by, between and among the Parties as follows:

1.     EFFECTIVE DATE. The Effective Date shall be January 8, 2013.

Page of 11

INITIALS:
Brian Martin _____
Marko Princip *M.P*
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____



App.000009

2.     SETTLEMENT TERMS.

a.         This Agreement is given in consideration of the Parties mutual promises set forth herein below, including a release of all claims arising from conduct by the Lovingers, Martin and Princip, together with the payment set forth below, and promises and commitments made herein.  In exchange for the foregoing, the Parties agree that this Agreement is a full and final settlement and compromise of this action and a release and discharge of any and all claims and causes of action by the Parties, and a release and discharge of any and all the Parties' claims and causes of action arising out of the events or incidents referred to in, or in any way related to, the California Action or the Virginia Action.

b.         On or before midnight on January 15, 2014 (hereinafter the "Transfer Date"), the Lovingers will transfer all interest, control, and passwords, and a copy of all operative agreements with third-parties, with regard to VideoGames, to Martin and Princip.  As of the Transfer Date, the Lovingers relinquish, convey, grant and quit claim all rights, title and interest, including intellectual property rights, if any, to the YouTube Channel Videogames to Martin and Princip, as well as any right to access the YouTube Channel Videogames.

c.         Notwithstanding the transfer, relinquishment, conveyance, grant, and quit claim set forth in Section 2.b., the Lovingers shall be entitled to receive and to keep, and are not required to reimburse Martin or Princip for, all revenues and income generated from VideoGames through the Transfer Date, including but not limited to revenues generated for pre-Transfer Date VideoGames views and advertisements but due to be paid post transfer.  Any such revenues paid post transfer shall be paid directly to the Lovingers, and Martin and Princip will not make any demand, claim, or representation that such revenues should not be paid to the Lovingers.

d.         Martin and Princip, jointly and severally, shall, beginning on or before March 15, 2014, or as soon thereafter as sufficient net revenue is received that is generated in any manner from VideoGames after the Transfer Date, whether by advertisements or the sale or assignment of any rights related to VideoGames, pay the Lovingers a sum total of $30,000 in three (3) equal monthly installments of $10,000 each due on or before the 15th day of each month until paid in full. If any monthly payment is not timely made in the full amount of $10,000, on the grounds that sufficient net revenue has not yet been received, then Martin and Princip will pay all net revenue to the Lovingers until the Lovingers are paid in full, and the Lovingers and/or their accountant will be entitled to inspect all records relating to the net revenue from VideoGames.  "Net revenue" shall be defined as gross revenue less expenses, before any payments of any kind to

Page of 11

INITIALS:
Brian Martin _____
Marko Princip *M.P*
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

Martin, Princip, or any related persons or entities, and before taxes. Expenses shall include ordinary expenses according to GAAP.

e.   The Parties agree and stipulate that there is no admission of wrongdoing by any party, and that no party, directly or indirectly, shall cause to be filed, or has filed, any report, claim, or complaint with any governmental agency or administrative body, nor any private corporate entity, such as Google or YouTube.

f.   Within five (5) business days of the Effective Date, Martin and Princip will file a motion to dismiss the Virginia Action with prejudice.

g.   Within five (5) business days of the Effective Date, the parties will file a joint request for dismissal of the California Action with prejudice, subject to the stipulation that the Superior Court of California, in and for the County of San Mateo, shall retain jurisdiction of this matter pursuant to California Code of Civil Procedure § 664.6 until such time as all terms and conditions of this Agreement have been performed.

3.   MUTUAL RELEASES.  Upon the Effective Date, and except for the obligations specifically set forth in this Agreement, all Parties, on their own behalf and on behalf of their present, former, and future affiliates, agents, attorneys, accountants, assigns, employees, insurers, members, officers, parents, partners, predecessors, representatives, subsidiaries, successors, and all persons claiming by or through them  (collectively, the "Releasors"), release and forever discharge each other, and any and all of their present, former, and future accountants, administrators, affiliates, agents, attorneys, directors, distributors, employees, insurers, licensees, members, officers, parents, predecessors, principals, representatives, shareholders, subsidiaries, successors and assigns, sureties, and underwriters (collectively, the "Releasees") from any and all accounts, actions, agreements, bills, bonds, causes of action, claims, controversies, costs and expenses, damages, debts, demands, execution, extents, fees (including but not limited to attorneys' fees), injuries, judgments, liabilities, liens, losses, obligations, promises, reckonings, specialties, suits, sums of money,    trespasses,    variances, whatsoever, in law or in equity, for compensatory or punitive damages or any other reliefs, monetary or otherwise, whether suspected or unsuspected, pleaded or unpleaded, direct or indirect, asserted or unasserted, hidden or concealed, matured or unmatured, material or immaterial, contingent or absolute, that the Releasors ever had from the beginning of the world until the Effective Date of this Agreement, against the Releasees.

4.   1542 WAIVER.  In furtherance of the intentions set forth in this Agreement each of the Parties acknowledges that it is familiar with California Civil Code section 1542, which provides as follows:

A  GENERAL  RELEASE  DOES  NOT  EXTEND  TO  CLAIMS  WHICH  THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE

Page of 11

INITIALS:
Brian Martin _____
Marko Princip *M·P*
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

5.   KNOWING AND VOLUNTARY RELEASE. The Parties declare that prior to execution of this Agreement, each has consulted or has had the opportunity to consult with his, her or its counsel of choice.  The Parties further apprised themselves of sufficient relevant information, through sources of their own selection, in order that they might intelligently exercise their own judgment in deciding whether to execute the Agreement and in deciding on the contents hereof.   The Parties further declare this decision is not predicated or influenced by any declarations or representations of Releasees other than those expressly set forth in this instrument. The Parties further expressly state that each has read this Release, with the assistance of counsel of choice, and understands all of its terms, and that the preceding paragraphs recite sole consideration for this Release, and that all agreements and understandings between the parties are embodied and expressed herein. The Parties acknowledge that they have each read and reviewed the terms of this Agreement, and had an opportunity to confer with counsel in the negotiation of this Agreement.   Accordingly, the Agreement shall be construed neither for nor against any party, but shall be given a fair and reasonable interpretation in accordance with the meaning of the terms and the intent of the Parties.

6.   AGREEMENT TO COOPERATE.    In the event Martin or Princip require the Lovingers to execute any additional and further documents or action to secure the right, title and interest in the YouTube Channel Videogames, the Lovingers shall reasonably cooperate.   In the event there are any notary fees or other such fees related to the authentication of signatures for signing additional and further documents or for the delivery of such documents, *i.e.*, after the execution of this Agreement, the reasonable and customary costs of such fees shall be borne by Martin and/or Princip.

7.   REPRESENTATIONS AND WARRANTIES.    Each Party hereby represents and warrants to and for the benefit of each other Party as follows:

a.       Each of the Parties has the power and authority to execute and deliver this Agreement and to perform all of the respective terms, conditions and obligations set forth herein.

b.       This Agreement is the legal, valid and binding obligation of it, he or she, enforceable against it, he or she in accordance with its terms.

c.       The Parties, and each of them, whether individually or collectively, have not transferred, assigned or conveyed any claim or right being released hereunder, and has full power and authority to fully and finally release each such claim or right.

Page of 11

INITIALS:
Brian Martin ____
Marko Princip *M.P*
Abby Lovinger ____
Adam Lovinger ____
Andrew Lovinger _____

App.000012

    d.        Each of the Parties hereto expressly understand, state and agree that he or she has received valuable consideration in exchange for the promises contained herein.

    e.        This Agreement, including the consideration contained herein, has been negotiated at arms-length between the Parties.

    f.        Each of the Parties warrants and represents that no claims have been made or asserted against any of the other Parties, whether criminal, civil, or administrative to any public agency or with Google, Youtube or any other entity, other than the California Action and the Virginia Action.

8.    NOTICE.   Any notice shall be sent by both Registered Mail and electronic mail for notice to be effect. Notice for each party shall be as follows:

| **The Lovingers** | Law Office of Paul J. Smoot |
| | 1720 S. Amphlett Blvd., Suite 104 |
| Send to Both: | San Mateo, CA 94402 |
| | |
| Patrick R. Hanes | pjsmoot@gmail.com |
| Williams Mullen | |
| 200 South Tenth Street | **Martin and Princip** |
| Richmond, Virginia 23219 | |
| phanes@williamsmullen.com | Mark H. Allenbaugh |
| | Law Offices of Mark H. Allenbaugh |
| And: | 30432 Euclid Ave., Suite 101 |
| | Wickliffe, Ohio 44092 |
| Paul J. Smoot | mark@allenbaughlaw.com |

9.    CALIFORNIA LAW AND JURISDICTION FOR ENFORCEMENT.  This Agreement shall be construed and enforced in accordance with the laws of the State of California. The Parties acknowledge, agree and stipulate that the Superior Court of California, in and for the County of San Mateo, shall retain jurisdiction of this matter pursuant to California Code of Civil Procedure § 664.6 until such time as all terms and conditions of this Agreement have been performed. In the event of dispute, any party may seek enforcement of this Agreement.

10.    ATTORNEY FEES AND COSTS.  The Parties agree, represent and warrant that each party shall bear his, her or its own attorney fees and costs, and there shall be no prevailing party. This provision does not apply to the enforcement of this Agreement. In the event a party moves to enforce this Agreement, the court shall award reasonable attorney fees and costs to the prevailing party.

Page of 11

INITIALS:
Brian Martin   ____
Marko Princip  *M.P*
Abby Lovinger  ____
Adam Lovinger ____
Andrew Lovinger _____

11.   AMENDMENT.  This Agreement may not be modified, altered or changed except in a writing duly executed by all Parties, wherein specific reference is made to this Agreement.

12.   SEVERABILITY.  If any provision of this Agreement is held to be unenforceable for any reason, the remaining parts of the Agreement shall remain in full force and effect.

13.   WAIVER.  The failure of a Party to object to, or the waiver by any Party of, one or more breaches or violations of this Agreement shall not constitute a waiver or limitation upon the right of such Party to object to, or operate or be construed as a waiver or estoppel of, any other breach or violation of this Agreement.  No waiver by any Party of any breach of any right under this Agreement shall be valid unless in writing and signed by an authorized representative of such Party.

14.   FINAL ACCORD AND SATISFACTION.   This Agreement is intended to be final and binding between the Parties hereto and is a full and final accord and satisfaction in this Action between the Parties hereto as of the time of the signing of this Agreement, and each Party expressly relies on the finality of this Agreement as a substantial, material factor inducing the Parties' execution of this Agreement.

15.   SUCCESSORS AND ASSIGNS.  This Agreement shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and assigns.

16.   COUNTERPARTS.    This Agreement may be signed in two or more identical counterparts, each of which when so executed and delivered shall be an original, but such counterparts shall together constitute one and the same enforceable instrument.   A photocopied, faxed or electronic signature on the Agreement shall be sufficient to bind the signing Party.

17.   CONSTRUCTION.  This Agreement has been drafted jointly by the Parties.   This Agreement is to be construed fairly and not in favor of or against any Party, regardless of which Party or Parties drafted or participated in the drafting of its terms.  Any rule of construction that a document is to be construed against the drafting Party shall not be applicable to this Agreement.   In the event an ambiguity or question of intent or interpretation arises, this Agreement shall be construed as if drafted jointly by the Parties and no presumption or burden of proof shall arise favoring or disfavoring any Party by virtue of authorship of any of the provisions of this Agreement.

18.   HEADING AND TITLES.  Headings and titles herein are for convenience of reference only and shall not be considered in the interpretation of this Agreement or the construction of any of its terms.

Page of 11

INITIALS:
Brian Martin _____
Marko Princip _M·P_
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

19.    ENTIRE AGREEMENT.    This Agreement sets forth the entire agreement and understanding among the Parties with respect to the subject matter hereof, and fully supersedes and replaces any prior oral or written communications, representations, or understandings concerning the terms of this Agreement.    The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind made to them by any person or entity in connection with their decision to accept this Agreement, except as expressly set forth in this Agreement.

20.    FULL EXECUTION. This Agreement shall have no force or effect until and unless it is fully executed by all Parties on the signature page and initialed on every preceding page.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be duly executed on the dates set forth below.

Date: _____

_____
By: Adam Lovinger, individually and on behalf of Andrew Lovinger

STATE OF _____
COUNTY OF _____

I, _____, a
Notary Public of the County and State
aforesaid, certify that _____
personally appeared before me this day
and, being personally known to me,
acknowledged to me that the foregoing
instrument was signed by (him/her)
voluntarily for the purposes expressed
therein on this ___ day of _____,
20___.

_____
Notary Public (signature)

_____
Notary Public (printed name)

My Commission Expires:
_____

(SEAL)

Page of 11

App.000015

Date: _____

_____
By: Abby Lovinger, individually and on
behalf of and as Guardian Ad Litem for
Andrew Lovinger

STATE OF _____
COUNTY OF _____

    I, _____, a
Notary Public of the County and State
aforesaid, certify that _____
personally appeared before me this day
and, being personally known to me,
acknowledged to me that the foregoing
instrument was signed by (him/her)
voluntarily for the purposes expressed
therein on this ___ day of _____,
20__.

_____
    Notary Public (signature)

_____
    Notary Public (printed name)

My Commission Expires:

_____

(SEAL)

Date: _____

_____
By: Andrew Lovinger

STATE OF _____
COUNTY OF _____

    I, _____, a
Notary Public of the County and State
aforesaid, certify that _____
personally appeared before me this day
and, being personally known to me,
acknowledged to me that the foregoing
instrument was signed by (him/her)
voluntarily for the purposes expressed
therein on this ___ day of _____,
20__.

Page  of 11

App.000016

Date: *1-4-2014*

_____

Notary Public (signature)

*Marko Princip*
By: Marko Princip

_____

Notary Public (printed name)

STATE OF ___Texas___
COUNTY OF ___Collin___

My Commission Expires:

_____

(SEAL)

    I, _Linda K. Patrick_ , a
Notary Public of the County and State
aforesaid, certify that _Marko Princip_
personally appeared before me this day
and, being personally known to me,
acknowledged to me that the foregoing
instrument was signed by (him/her)
voluntarily for the purposes expressed
therein on this 4th day of ___Jan___ ,
20 14

*Linda K. Patrick*
Notary Public (signature)

*Linda K. Patrick*
Notary Public (printed name)

My Commission Expires:
_02-23-2015_

(SEAL)

LINDA K. PATRICK
MY COMMISSION EXPIRES
February 23, 2015

Page of 11

Date: _____

_____

By:  Brian Martin

STATE OF _____
COUNTY OF _____

     I, _____, a
Notary Public of the County and State
aforesaid, certify that _____
personally appeared before me this day
and, being personally known to me,
acknowledged to me that the foregoing
instrument was signed by (him/her)
voluntarily for the purposes expressed
therein on this ___ day of _____,
20__.

_____

    Notary Public (signature)

_____

    Notary Public (printed name)

My Commission Expires:

_____

(SEAL)

App.000018

APPROVED AS TO FORM:

Date: January 7, 2013

By: Mark Allenbaugh, Counsel for Brian
Martin and Marko Princip

Date: _____

By: Patrick R. Hanes, Counsel for the
Lovingers in the Virginia Action

Date: _____

By: Paul J. Smoot, Counsel for the
Lovingers in the California Action

Page of 11

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Mutual Release (the "Agreement") is entered into by and among Brian Martin (hereinafter referred to as "Martin") and Marko Princip (hereinafter referred to as "Princip") and Abby Lovinger and Adam Lovinger, individually, and on behalf of Andrew Lovinger, their minor son, and Adam Lovinger (hereinafter referred collectively to as the "Lovingers"). All parties hereto shall sometimes be referred to as "Parties" and each a "Party". This "Agreement" is freely entered into by the Parties, in consideration of the recitals, promises, representations and commitments made by each of them, all of which are material to this Agreement and set forth herein.

## RECITALS

WHEREAS, the Parties have a dispute over the rights to control a channel on the YouTube website called "VideoGames" (hereinafter referred to as "VideoGames"), including but not limited to a dispute regarding whether a previous settlement and release agreement (the "Previous Settlement Agreement") was validly executed and/or effective.

WHEREAS, on or about October 25, 2013, the Lovingers filed *Lovinger, et al. v. Princip, et al.,* Superior Court of California, in and for the County of San Mateo, Case No. 542942 (the "California Action"), asserting claims for breach of the Previous Settlement Agreement and several related tort claims.

WHEREAS, on or about November 19, 2013, Martin and Princip filed *Martin, et al. v. Lovinger, et al.*, United States District Court for the Eastern District of Virginia, Richmond Division, Civ. Action No. 3:13cv775 (the "Virginia Action"), asserting various statutory and tort claims related to VideoGames against the Lovingers.

WHEREAS, while each Party denies liability to the other Party, all Parties desire to avoid the expense and uncertainty of litigation and desire to permanently resolve this matter without further litigation.

## TERMS AND CONDITIONS

NOW, THEREFORE, in consideration of the promises and representations made herein, which each Party acknowledges as good and valuable, the receipt and sufficiency of which each Party also hereby acknowledges, it is hereby STIPULATED and AGREED by, between and among the Parties as follows:

1.          EFFECTIVE DATE. The Effective Date shall be January 8, 2013.

2.          SETTLEMENT TERMS.

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____

Page  of 10

App.000020

a.        This Agreement is given in consideration of the Parties mutual promises set forth herein below, including a release of all claims arising from conduct by the Lovingers, Martin and Princip, together with the payment set forth below, and promises and commitments made herein. In exchange for the foregoing, the Parties agree that this Agreement is a full and final settlement and compromise of this action and a release and discharge of any and all claims and causes of action by the Parties, and a release and discharge of any and all the Parties' claims and causes of action arising out of the events or incidents referred to in, or in any way related to, the California Action or the Virginia Action.

b.        On or before midnight on January 15, 2014 (hereinafter the "Transfer Date"), the Lovingers will transfer all interest, control, and passwords, and a copy of all operative agreements with third-parties, with regard to VideoGames, to Martin and Princip. As of the Transfer Date, the Lovingers relinquish, convey, grant and quit claim all rights, title and interest, including intellectual property rights, if any, to the YouTube Channel Videogames to Martin and Princip, as well as any right to access the YouTube Channel Videogames.

c.        Notwithstanding the transfer, relinquishment, conveyance, grant, and quit claim set forth in Section 2.b., the Lovingers shall be entitled to receive and to keep, and are not required to reimburse Martin or Princip for, all revenues and income generated from VideoGames through the Transfer Date, including but not limited to revenues generated for pre-Transfer Date VideoGames views and advertisements but due to be paid post transfer. Any such revenues paid post transfer shall be paid directly to the Lovingers, and Martin and Princip will not make any demand, claim, or representation that such revenues should not be paid to the Lovingers.

d.        Martin and Princip, jointly and severally, shall, beginning on or before March 15, 2014, or as soon thereafter as sufficient net revenue is received that is generated in any manner from VideoGames after the Transfer Date, whether by advertisements or the sale or assignment of any rights related to VideoGames, pay the Lovingers a sum total of $30,000 in three (3) equal monthly installments of $10,000 each due on or before the 15th day of each month until paid in full. If any monthly payment is not timely made in the full amount of $10,000, on the grounds that sufficient net revenue has not yet been received, then Martin and Princip will pay all net revenue to the Lovingers until the Lovingers are paid in full, and the Lovingers and/or their accountant will be entitled to inspect all records relating to the net revenue from VideoGames. "Net revenue" shall be defined as gross revenue less expenses, before any payments of any kind to Martin, Princip, or any related persons or entities, and before taxes. Expenses shall include ordinary expenses according to GAAP.

e.        The Parties agree and stipulate that there is no admission of wrongdoing by any

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

Page ___ of 10

App.000021

party, and that no party, directly or indirectly, shall cause to be filed, or has filed, any report, claim, or complaint with any governmental agency or administrative body, nor any private corporate entity, such as Google or YouTube.

f.    Within five (5) business days of the Effective Date, Martin and Princip will file a motion to dismiss the Virginia Action with prejudice.

g.    Within five (5) business days of the Effective Date, the parties will file a joint request for dismissal of the California Action with prejudice, subject to the stipulation that the Superior Court of California, in and for the County of San Mateo, shall retain jurisdiction of this matter pursuant to California Code of Civil Procedure § 664.6 until such time as all terms and conditions of this Agreement have been performed.

3.    MUTUAL RELEASES.   Upon the Effective Date, and except for the obligations specifically set forth in this Agreement, all Parties, on their own behalf and on behalf of their present, former, and future affiliates, agents, attorneys, accountants, assigns, employees, insurers, members, officers, parents, partners, predecessors, representatives, subsidiaries, successors, and all persons claiming by or through them (collectively, the "Releasors"), release and forever discharge each other, and any and all of their present, former, and future accountants, administrators, affiliates, agents, attorneys, directors, distributors, employees, insurers, licensees, members, officers, parents, predecessors, principals, representatives, shareholders, subsidiaries, successors and assigns, sureties, and underwriters (collectively, the "Releasees") from any and all accounts, actions, agreements, bills, bonds, causes of action, claims, controversies, costs and expenses, damages, debts, demands, execution, extents, fees (including but not limited to attorneys' fees), injuries, judgments, liabilities, liens, losses, obligations, promises, reckonings, specialties, suits, sums of money, trespasses, variances, whatsoever, in law or in equity, for compensatory or punitive damages or any other reliefs, monetary or otherwise, whether suspected or unsuspected, pleaded or unpleaded, direct or indirect, asserted or unasserted, hidden or concealed, matured or unmatured, material or immaterial, contingent or absolute, that the Releasors ever had from the beginning of the world until the Effective Date of this Agreement, against the Releasees.

4.    1542 WAIVER.  In furtherance of the intentions set forth in this Agreement each of the Parties acknowledges that it is familiar with California Civil Code section 1542, which provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

5.    KNOWING AND VOLUNTARY RELEASE. The Parties declare that prior to execution of this Agreement, each has consulted or has had the opportunity to consult with his, her or its

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____

Page  of 10

App.000022

counsel of choice. The Parties further apprised themselves of sufficient relevant information, through sources of their own selection, in order that they might intelligently exercise their own judgment in deciding whether to execute the Agreement and in deciding on the contents hereof. The Parties further declare this decision is not predicated or influenced by any declarations or representations of Releasees other than those expressly set forth in this instrument. The Parties further expressly state that each has read this Release, with the assistance of counsel of choice, and understands all of its terms, and that the preceding paragraphs recite sole consideration for this Release, and that all agreements and understandings between the parties are embodied and expressed herein. The Parties acknowledge that they have each read and reviewed the terms of this Agreement, and had an opportunity to confer with counsel in the negotiation of this Agreement. Accordingly, the Agreement shall be construed neither for nor against any party, but shall be given a fair and reasonable interpretation in accordance with the meaning of the terms and the intent of the Parties.

6.      AGREEMENT TO COOPERATE.      In the event Martin or Princip require the Lovingers to execute any additional and further documents or action to secure the right, title and interest in the YouTube Channel Videogames, the Lovingers shall reasonably cooperate. In the event there are any notary fees or other such fees related to the authentication of signatures for signing additional and further documents or for the delivery of such documents, *i.e.*, after the execution of this Agreement, the reasonable and customary costs of such fees shall be borne by Martin and/or Princip.

7.      REPRESENTATIONS AND WARRANTIES.      Each Party hereby represents and warrants to and for the benefit of each other Party as follows:

a.      Each of the Parties has the power and authority to execute and deliver this Agreement and to perform all of the respective terms, conditions and obligations set forth herein.

b.      This Agreement is the legal, valid and binding obligation of it, he or she, enforceable against it, he or she in accordance with its terms.

c.      The Parties, and each of them, whether individually or collectively, have not transferred, assigned or conveyed any claim or right being released hereunder, and has full power and authority to fully and finally release each such claim or right.

d.      Each of the Parties hereto expressly understand, state and agree that he or she has received valuable consideration in exchange for the promises contained herein.

e.      This Agreement, including the consideration contained herein, has been negotiated at arms-length between the Parties.

f.      Each of the Parties warrants and represents that no claims have been made or asserted against any of the other Parties, whether criminal, civil, or administrative to any public agency or with Google, Youtube or any other entity, other than the California Action and the Virginia Action.

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

Page  of  10

8.      NOTICE.   Any notice shall be sent by both Registered Mail and electronic mail for notice to be effect. Notice for each party shall be as follows:

**The Lovingers**                                    1720 S. Amphlett Blvd., Suite 104
                                                     San Mateo, CA 94402
Send to Both:
                                                     pjsmoot@gmail.com
Patrick R. Hanes
Williams Mullen                                      **Martin and Princip**
200 South Tenth Street
Richmond, Virginia 23219                             Mark H. Allenbaugh
phanes@williamsmullen.com                            Law Offices of Mark H. Allenbaugh
                                                     30432 Euclid Ave., Suite 101
And:                                                 Wickliffe, Ohio 44092
                                                     mark@allenbaughlaw.com
Paul J. Smoot
Law Office of Paul J. Smoot

9.      CALIFORNIA LAW AND JURISDICTION FOR ENFORCEMENT.   This Agreement shall be construed and enforced in accordance with the laws of the State of California.   The Parties acknowledge, agree and stipulate that the Superior Court of California, in and for the County of San Mateo, shall retain jurisdiction of this matter pursuant to California Code of Civil Procedure § 664.6 until such time as all terms and conditions of this Agreement have been performed.   In the event of dispute, any party may seek enforcement of this Agreement.

10.     ATTORNEY FEES AND COSTS.   The Parties agree, represent and warrant that each party shall bear his, her or its own attorney fees and costs, and there shall be no prevailing party. This provision does not apply to the enforcement of this Agreement.   In the event a party moves to enforce this Agreement, the court shall award reasonable attorney fees and costs to the prevailing party.

11.     AMENDMENT.   This Agreement may not be modified, altered or changed except in a writing duly executed by all Parties, wherein specific reference is made to this Agreement.

12.     SEVERABILITY.   If any provision of this Agreement is held to be unenforceable for any reason, the remaining parts of the Agreement shall remain in full force and effect.

13.     WAIVER.   The failure of a Party to object to, or the waiver by any Party of, one or more breaches or violations of this Agreement shall not constitute a waiver or limitation upon the right of such Party to object to, or operate or be construed as a waiver or estoppel of, any other

INITIALS:
Brian Martin
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____

Page  of 10

App.000024

breach or violation of this Agreement. No waiver by any Party of any breach of any right under this Agreement shall be valid unless in writing and signed by an authorized representative of such Party.

14.  FINAL ACCORD AND SATISFACTION. This Agreement is intended to be final and binding between the Parties hereto and is a full and final accord and satisfaction in this Action between the Parties hereto as of the time of the signing of this Agreement, and each Party expressly relies on the finality of this Agreement as a substantial, material factor inducing the Parties' execution of this Agreement.

15.  SUCCESSORS AND ASSIGNS. This Agreement shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and assigns.

16.  COUNTERPARTS. This Agreement may be signed in two or more identical counterparts, each of which when so executed and delivered shall be an original, but such counterparts shall together constitute one and the same enforceable instrument. A photocopied, faxed or electronic signature on the Agreement shall be sufficient to bind the signing Party.

17.  CONSTRUCTION. This Agreement has been drafted jointly by the Parties. This Agreement is to be construed fairly and not in favor of or against any Party, regardless of which Party or Parties drafted or participated in the drafting of its terms. Any rule of construction that a document is to be construed against the drafting Party shall not be applicable to this Agreement. In the event an ambiguity or question of intent or interpretation arises, this Agreement shall be construed as if drafted jointly by the Parties and no presumption or burden of proof shall arise favoring or disfavoring any Party by virtue of authorship of any of the provisions of this Agreement.

18.  HEADING AND TITLES. Headings and titles herein are for convenience of reference only and shall not be considered in the interpretation of this Agreement or the construction of any of its terms.

19.  ENTIRE AGREEMENT. This Agreement sets forth the entire agreement and understanding among the Parties with respect to the subject matter hereof, and fully supersedes and replaces any prior oral or written communications, representations, or understandings concerning the terms of this Agreement. The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind made to them by any person or entity in connection with their decision to accept this Agreement, except as expressly set forth in this Agreement.

20.  FULL EXECUTION. This Agreement shall have no force or effect until and unless it is fully executed by all Parties on the signature page and initialed on every preceding page.

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

Page  of 10

App.000025

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be duly executed on the dates set forth below.

Date: _____

_____
By: Adam Lovinger, individually and on behalf of Andrew Lovinger

STATE OF _____
COUNTY OF _____

    I, _____, a Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and, being personally known to me, acknowledged to me that the foregoing instrument was signed by (him/her) voluntarily for the purposes expressed therein on this ____ day of _____, 20__.

_____
   Notary Public (signature)

_____
   Notary Public (printed name)

My Commission Expires: _____

(SEAL)

Date: _____

_____
By: Abby Lovinger, individually and on behalf of and as Guardian Ad Litem for Andrew Lovinger

STATE OF _____
COUNTY OF _____

    I, _____, a Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and, being personally known to me, acknowledged to me that the foregoing instrument was signed by (him/her) voluntarily for the purposes expressed therein on this ____ day of _____, 20__.

_____
   Notary Public (signature)

_____
   Notary Public (printed name)

My Commission Expires: _____

(SEAL)

Date: _____

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____

Page  of 10

By: Andrew Lovinger

STATE OF _____
COUNTY OF _____

    I, _____, a Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and, being personally known to me, acknowledged to me that the foregoing instrument was signed by (him/her) voluntarily for the purposes expressed therein on this ____ day of _____, 20__.

_____
    Notary Public (signature)

_____
    Notary Public (printed name)

My Commission Expires: _____

(SEAL)

Date: _____

_____
By: Marko Princip

STATE OF _____
COUNTY OF _____

    I, _____, a Notary Public of the County and State aforesaid, certify that _____ personally appeared before me this day and, being personally known to me, acknowledged to me that the foregoing instrument was signed by (him/her) voluntarily for the purposes expressed therein on this ____ day of _____, 20__.

_____
    Notary Public (signature)

_____
    Notary Public (printed name)

My Commission Expires: _____

(SEAL)

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

Page ___ of 10

App.000027

Date: 1/4/14

By: Brian Martin

STATE OF *California*
COUNTY OF *Riverside*

I, *MIR HADI VAHABI*, a Notary
Public of the County and State aforesaid, certify
that *BRIAN DENNIS MARTIN* personally appeared
before me this day and, being personally known
to me, acknowledged to me that the foregoing
instrument was signed by (him/her) voluntarily
for the purposes expressed therein on this *4 TH*
day of *JANUARY*, 20*14*


_____
Notary Public (signature)

*MIR HADI VAHABI*
Notary Public (printed name)

My Commission Expires: *MAY 17, 2016*

(SEAL)

> MIR HADI VAHABI
> Commission # 1975601
> Notary Public - California
> Riverside County
> My Comm. Expires May 17, 2016

INITIALS:
Brian Martin *BM*
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____

APPROVED AS TO FORM:

Date: January 7, 2013

By: Mark Allenbaugh, Counsel for Brian
Martin and Marko Princip

Date: _____

By: Patrick R. Hanes, Counsel for the
Lovingers in the Virginia Action

Date: _____

By: Paul J. Smoot, Counsel for the Lovingers in
the California Action

INITIALS:
Brian Martin _____
Marko Princip _____
Abby Lovinger _____
Adam Lovinger _____
Andrew Lovinger _____

Page  of 10

Messages with busyforawhile@gmail.com

Failed to send on Aug 17, 2014 10:18:36 PM
So you're sending today?

Failed to send on Aug 17, 2014 10:18:36 PM
So Monday?

Failed to send on Aug 17, 2014 10:17:22 PM
So tomorrow?

Sent on Aug 21, 2014 8:54:14 PM
This reminds me of the old Marko that would disappear rather than keep his word

Received on Aug 22, 2014 1:51:44 AM
Been traveling my apologies



Received on Aug 22, 2014 1:53:01 AM
In California home soon

Sent on Aug 22, 2014 11:03:42 AM
They don't have banks in California? Where is my money?

Sent on Aug 23, 2014 11:39:35 AM
Yeah, my ropes end is near bro

Sent on Aug 23, 2014 11:39:47 AM
Tired of the broken promises

Sent on Aug 23, 2014 11:39:52 AM
You swore to me

Sent on Aug 23, 2014 11:39:57 AM
Promised

Sent on Aug 23, 2014 11:40:02 AM
Your word

Sent on Aug 23, 2014 11:40:08 AM
And still nothing

Received on Aug 23, 2014 11:40:27 AM
I've just been busy I don't understand how you can't understand that

Sent on Aug 23, 2014 11:41:28 AM
You being busy should have absolutely ZERO affect on your ability to pay me over a year. Surely one day out of
365 days you can choose to pay me

EXHIBIT

F

BK's iPhone +1 (847) 287-5501                    – 1 –                    Aug 26, 2014 7:45:11 PM

Messages with busyforawhile@gmail.com



Sent on Aug 23, 2014 11:41:30 AM
Yet you don't

Sent on Aug 23, 2014 11:41:36 AM
Month after month

Sent on Aug 23, 2014 11:41:41 AM
After month

Sent on Aug 23, 2014 11:41:48 AM
After month

Sent on Aug 23, 2014 11:41:52 AM
After month

Sent on Aug 23, 2014 11:41:55 AM
After month

Sent on Aug 23, 2014 11:41:59 AM
After month

Sent on Aug 23, 2014 11:42:03 AM
After month

Sent on Aug 23, 2014 11:42:06 AM
After month

Sent on Aug 23, 2014 11:42:11 AM
After month

Sent on Aug 23, 2014 11:42:15 AM
After month

Received on Aug 23, 2014 11:45:01 AM
understood, I've been dealing with quite a bit of legal stuff with the lovingers and then I was in California
unexpectedly this week – didn't have a phone

Received on Aug 23, 2014 11:45:05 AM
not vacationing on Ibiza

Sent on Aug 23, 2014 11:45:18 AM
After month

Sent on Aug 23, 2014 11:45:22 AM
After month

Received on Aug 23, 2014 11:45:55 AM
and I've also been dealing with you month after month after month, insult after insult after insult

Sent on Aug 23, 2014 11:46:11 AM
Haha stop lying Marko

Received on Aug 23, 2014 11:46:18 AM
stop lying?

Sent on Aug 23, 2014 11:46:22 AM
I think I'm going to set the date

BK's iPhone +1 (847) 287–5501            – 2 –            Aug 26, 2014 7:45:11 PM

App.000031

Messages with busyforawhile@gmail.com

> Sent on Aug 23, 2014 11:46:54 AM
> You said "I'll pay you before the 1st, if I don't, then you can do what you want to do". Remember??

Received on Aug 23, 2014 11:47:17 AM
so what I should expect you on my doorstep like you said last time?

> Sent on Aug 23, 2014 11:47:42 AM
> I never said that. Hopefully you pay me before the 28th

Received on Aug 23, 2014 11:47:52 AM
you did say that, I have it recorded

> Sent on Aug 23, 2014 11:47:58 AM
> Ok cool

Received on Aug 23, 2014 11:47:58 AM
on the phone, you said you'd be at my doorstep

> Sent on Aug 23, 2014 11:48:06 AM
> Send it to me

> Sent on Aug 23, 2014 11:48:10 AM
> I don't believe you

Received on Aug 23, 2014 11:48:25 AM
no need for me to lie, you were frustrated this was back in 2012....

> Sent on Aug 23, 2014 11:48:27 AM
> Brandongkeating@yahoo.com

Received on Aug 23, 2014 11:49:53 AM
you said and I quote "Im coming to Texas to handle this" and then after that my dad answered the phone this was
back in 2012...there is no reason for me to lie.

> Sent on Aug 23, 2014 11:50:30 AM
> And that's considered a threat?

> Sent on Aug 23, 2014 11:50:33 AM
> Threat*

Received on Aug 23, 2014 11:50:41 AM
well what business do you have in Texas?

> Sent on Aug 23, 2014 11:51:07 AM
> YOU!!!!!

Received on Aug 23, 2014 11:52:22 AM
okay keep the date the 28th, and I really did need to handle something urgent in California, trust me I wouldn't
have gone just for hob knobing and fun

> Sent on Aug 23, 2014 11:52:47 AM
> So you will pay me before the 28th?? I have your absolute word?

Received on Aug 23, 2014 11:53:09 AM
Yes I Marko Princip will pay Brandon Keating before the 28th

App.000032

Messages with busyforawhile@gmail.com

Received on Aug 23, 2014 11:53:11 AM
done

Sent on Aug 23, 2014 11:55:53 AM
Thanks Marko. Understand, I never want to make this any harder than it needs to be. I have been more than flexible with you over the last few years. Things would be much easier if you would have just honored our agreement from the beginning. But now that you have promised, I don't have to worry. You need to know though, this is the absolute last straw. I can't take anymore lies or broken promises. I'm more than fair bro

Received on Aug 23, 2014 11:57:13 AM
you have been yes

Received on Aug 23, 2014 11:57:21 AM
you are a good guy

Sent on Aug 23, 2014 11:59:15 AM
Thank you.... Send me that recording though, I'd be interested to hear how I sounded back in 2012.. Please?

Received on Aug 23, 2014 12:01:52 PM
sure ill just have to get it from the old iMac

Sent on Aug 23, 2014 12:02:35 PM
Ok thanks lol

Sent on Aug 23, 2014 12:02:43 PM
I was in another world back then

Sent on Aug 23, 2014 12:03:10 PM
Not with regards to you but my life in general

Received on Aug 23, 2014 12:03:13 PM
have you ever visited that Youtube Creators Space

Sent on Aug 23, 2014 12:03:18 PM
Nah

Received on Aug 23, 2014 12:03:25 PM
I was at it Thursday, it was actually decent

Received on Aug 23, 2014 12:03:27 PM
nothing special

Sent on Aug 23, 2014 12:03:36 PM
Dope

Sent on Aug 23, 2014 12:06:30 PM
What legal stuff with lovingers?

Received on Aug 23, 2014 12:06:08 PM
the case is closed but they filed some enforcement stuff

Received on Aug 23, 2014 12:06:08 PM
so just having to deal with that

Sent on Aug 23, 2014 12:07:15 PM
Enforcement stuff?

App.000033

Messages with busyforawhile@gmail.com



Received on Aug 23, 2014 12:08:16 PM
just for the 30k, but like I said....if Videogames made 10 million in month – we don't want to pay because it just feels wrong thats all it comes down to

Sent on Aug 23, 2014 12:10:01 PM
Can you send me the entire document?

Received on Aug 23, 2014 12:10:24 PM
sent

Received on Aug 23, 2014 12:10:24 PM
I forwarded the email with the attachment

Sent on Aug 23, 2014 12:13:19 PM
Thanks bro

Received on Aug 23, 2014 12:20:15 PM
how's stuff with your movie going?

Sent on Aug 23, 2014 12:31:43 PM
Going good so far.... That order was entered in July?

Sent on Aug 23, 2014 12:31:51 PM
What else is going on with them?

Sent on Aug 23, 2014 12:32:20 PM
This order throws out the settlement, no? Which opens the case back up and they could get the channel back

Received on Aug 23, 2014 12:31:44 PM
I got a lawyer working on it

Received on Aug 23, 2014 12:31:44 PM
for resolution

Sent on Aug 23, 2014 12:32:52 PM
Who?

Received on Aug 23, 2014 12:32:58 PM
same one who handled the Ty moss case

Sent on Aug 23, 2014 12:33:21 PM
And what if they order you to give the channel over?

Received on Aug 23, 2014 12:33:34 PM
not possible

App.000034

**Messages with busyforawhile@gmail.com**

> Sent on Aug 23, 2014 12:33:43 PM
> Uhhhhh totally possible

> Sent on Aug 23, 2014 12:34:10 PM
> You pretty much said fuck the settlement, that can fuck everything

Received on Aug 23, 2014 12:33:52 PM
well there's a lot more to it, the strikes that almost suspended the channel

> Sent on Aug 23, 2014 12:34:32 PM
> Doesn't matter

Received on Aug 23, 2014 12:33:52 PM
that they got, drew telling directors to leave

Received on Aug 23, 2014 12:33:52 PM
which they did

> Sent on Aug 23, 2014 12:34:40 PM
> Settlement is settlement bro

> Sent on Aug 23, 2014 12:35:16 PM
> Your lawyer is a fucking idiot or you haven't told him everything. This is dangerous

> Sent on Aug 23, 2014 12:35:41 PM
> Unless you aren't telling me something

> Sent on Aug 23, 2014 12:36:03 PM
> Lets just say

> Sent on Aug 23, 2014 12:36:09 PM
> For hypothetical

Received on Aug 23, 2014 12:36:00 PM
well nothing not to tell, just don't worry about the channel being lost

> Sent on Aug 23, 2014 12:36:27 PM
> What if they order you to give the channel back?

Received on Aug 23, 2014 12:36:00 PM
won't happen, and I spoke to a few youtube employees and told them the whole story, about Drew etc. So I have a
lot of backing with VG now, whereas when I lost it, I didn't know anyone

Received on Aug 23, 2014 12:36:00 PM
zero chance channel will be ordered to be given back

Received on Aug 23, 2014 12:36:00 PM
Ill pay the money before giving it back

> Sent on Aug 23, 2014 12:38:25 PM
> I'm not talking about YouTube. I'm talking about the courts ... What if the COURTS order you to give the channel
> back? What will you do?

Received on Aug 23, 2014 12:38:08 PM
why would the courts order that?

App.000035

**Messages with busyforawhile@gmail.com**

Sent on Aug 23, 2014 12:38:46 PM
Marko

Sent on Aug 23, 2014 12:39:01 PM
Answer the question, I need to know where your head is at

Received on Aug 23, 2014 12:38:08 PM
my head is at, that – that won't happen because Im dealing with it. Hired a lawyer, etc. Gonna fight it out

Received on Aug 23, 2014 12:38:08 PM
Not going to lose it at all

Received on Aug 23, 2014 12:39:50 PM
you don't steal, then get what you stole back. period

Sent on Aug 23, 2014 12:40:27 PM
Ok

Sent on Aug 23, 2014 12:40:42 PM
That's what "hypothetical" means

Sent on Aug 23, 2014 12:40:52 PM
It was a hypothetical question

Received on Aug 23, 2014 12:40:16 PM
between you and me

Received on Aug 23, 2014 12:40:16 PM
worst comes to WORST

Received on Aug 23, 2014 12:40:16 PM
I'd sell it or close it

Received on Aug 23, 2014 12:40:16 PM
sell it to a friend

Received on Aug 23, 2014 12:40:16 PM
that channel will never be seen by those thieves again

Received on Aug 23, 2014 12:40:16 PM
but it won't come to that

Sent on Aug 23, 2014 12:41:29 PM
How much?

Received on Aug 23, 2014 12:40:16 PM
well I don't even want to think about that lol

Sent on Aug 23, 2014 12:41:44 PM
Lol

Received on Aug 23, 2014 12:40:16 PM
It took 6 months to get it back, and another 8 months of work lol

Sent on Aug 23, 2014 12:42:07 PM
You would close it if the judge ordered you to turn it over?

App.000036

**Messages with busyforawhile@gmail.com**

> Sent on Aug 23, 2014 12:42:41 PM
> Kind of like "if I can't have it, nobody can"?? Lol

Received on Aug 23, 2014 12:42:24 PM
yeah cause I made it

Received on Aug 23, 2014 12:42:24 PM
just about the principale

Received on Aug 23, 2014 12:42:24 PM
I dealt with more shit then you can phantom for this YT channel

Received on Aug 23, 2014 12:42:24 PM
and if they want to get it back, they can go after Youtube

Received on Aug 23, 2014 12:42:24 PM
It's their channel over mine

> Sent on Aug 23, 2014 12:43:52 PM
> You're not worries about being found in contempt?

Received on Aug 23, 2014 12:42:24 PM
what does contempt mean

Received on Aug 23, 2014 12:44:32 PM
at this point you're giving me like a FBI interrogation it feels like, end of day I did nothing wrong. Channel was
stolen from me. Mark Allenbaugh was a bad lawyer – I didn't do anything wrong, end of discussion

> Sent on Aug 23, 2014 12:45:34 PM
> Hahaha contempt is

> Sent on Aug 23, 2014 12:46:00 PM
> If a Judge tells you to do something, and you don't do it..... it's frowned upon in court bro

Received on Aug 23, 2014 12:44:32 PM
oh

> Sent on Aug 23, 2014 12:46:25 PM
> Yeah I'm questioning. I need to know where your head is at because I OWN 30%

Received on Aug 23, 2014 12:46:42 PM
my head is in the space that, this will get resolved

> Sent on Aug 23, 2014 12:46:49 PM
> Ok driving, feel free to text, but I can't text back

Received on Aug 23, 2014 12:50:18 PM
well it comes down to, I don't know a thing about legal stuff. Im not a law student, Im only 21 and barely finished
high school. I know I have the truth, a lawyer, people backing me, so to answer your question no Im not worried.
The Jovingers have been on my back for a long time now, just as was Ty. Soon the truth will come out and this
filing of the whatever yada yada will be solved. Anyone can file anyone this day in age, I could file and say you
abused my pet cat, doesn't mean its true. Don't worry about the channel being gone ever. Id pay the 30k before it
ever got to that. So yeah

Received on Aug 23, 2014 12:53:40 PM
more to the story also, about the settlement, I understand you care for the channel and I appreciate that. But trust
me, it won't ever be ordered by no one not even Obama for it to go anywhere. I have it on lock and will resolve this
Lovinger issue in a timely matter.

App.000037

Messages with busyforawhile@gmail.com



Received on Aug 23, 2014 1:21:11 PM
need me to get you in touch with icrazyteddy? he's like our star director on VG

Sent on Aug 23, 2014 1:30:05 PM
Nah, he was already following and I missed it. Was just networking.. Thanks tho

Received on Aug 23, 2014 1:30:33 PM
keep in mind he's 16

Received on Aug 23, 2014 1:32:33 PM
I need to make a business card, any ideas for good sites to make it on

Sent on Aug 23, 2014 1:50:30 PM
Use local

Received on Aug 23, 2014 1:50:59 PM
what should I put on it, no clue

Sent on Aug 23, 2014 1:53:19 PM
VG logo? Name phone email

Received on Aug 23, 2014 1:53:29 PM
still no phone lol

Received on Aug 23, 2014 1:53:36 PM
you can't imagine how it was getting around california not easy

Sent on Aug 23, 2014 1:53:39 PM
Name email

Received on Aug 23, 2014 1:53:40 PM
I wasn't in LA, Marina Del Ray

Received on Aug 23, 2014 1:53:47 PM
and some culver city

Received on Aug 23, 2014 1:54:07 PM
It was beautiful but could never justify those prices

Received on Aug 23, 2014 1:54:13 PM
also...

Received on Aug 23, 2014 1:54:18 PM
yeah zack and steve are moving to Chicago

Received on Aug 23, 2014 1:54:23 PM
I was staying with them in CA

Received on Aug 23, 2014 1:54:29 PM
and Alex also moving

Received on Aug 23, 2014 1:54:35 PM
all 3 of them, Zack fell in love with Chicago he said

Received on Aug 23, 2014 1:54:49 PM
alex (keeptheheat) that guy

App.000038

**Messages with busyforawhile@gmail.com**



Sent on Aug 23, 2014 1:55:03 PM
Yeah I know who he is, that's dope

Received on Aug 23, 2014 1:54:56 PM
they're gonna be out visiting 2 weeks from now

Received on Aug 23, 2014 1:55:31 PM
they're getting a place somewhere downtown, they want like that city view is what Zack said

Received on Aug 23, 2014 1:55:41 PM
I don't know if thats downtown though

Received on Aug 23, 2014 1:56:31 PM
zack said the people their are really nice

Received on Aug 23, 2014 1:56:49 PM
and then alex said he's going to experience it, and if he likes it move also, cause zack and steve already made plans to move

Sent on Aug 23, 2014 1:57:18 PM
Yeah Chicago is cool

Received on Aug 23, 2014 2:00:57 PM
me personally those chicago winters scare me

Received on Aug 23, 2014 2:01:04 PM
i've only experienced snow maybe 3 or 4 times in my life

Sent on Aug 23, 2014 2:02:27 PM
Meh they ain't bad

Received on Aug 23, 2014 2:02:57 PM
someone said last winter was really long

Sent on Aug 23, 2014 2:03:18 PM
It was kind of long, but not harsh. 2010 was harsh

Received on Aug 23, 2014 4:38:25 PM
harsh as in long or just crazy amount of snow

Received on Aug 23, 2014 4:38:25 PM
question do you ever get snowed in your home?

Sent on Aug 23, 2014 4:39:09 PM
Nah only in 2010

Received on Aug 23, 2014 4:39:12 PM
what do you do in that case, just have to stay or shovel it off

Received on Aug 23, 2014 4:39:12 PM
also quite a few people know about you, in LA - fullscreen staff, employees of Youtube space

Sent on Aug 23, 2014 4:48:30 PM
Just waited it out

App.000039

**Messages with busyforawhile@gmail.com**



Received on Aug 23, 2014 4:39:12 PM
all had good things to say about you

Sent on Aug 23, 2014 4:48:51 PM
Dope

Received on Aug 23, 2014 6:33:07 PM
you're a good guy Brandon, Im really happy you've found success in the film industry

Received on Aug 23, 2014 6:33:07 PM
Hopefully one day I can get involved somehow

Sent on Aug 23, 2014 6:59:24 PM
Yeah man, still a lot to go but getting there

Received on Aug 24, 2014 1:57:04 PM
do you still work with youtubers or just working on movie stuff?

Sent on Aug 24, 2014 2:27:52 PM
Yes in a sense I am

Received on Aug 24, 2014 2:52:32 PM
you still working with that joseph guy?

Sent on Aug 24, 2014 3:17:42 PM
Yeah

Received on Aug 24, 2014 4:32:36 PM
he's a great talent

Received on Aug 24, 2014 4:32:48 PM
he's a director for a fellow community channel

Received on Aug 24, 2014 4:32:48 PM
good guy

Received on Aug 24, 2014 4:32:48 PM
and local also Austin

Sent on Aug 24, 2014 4:59:53 PM
Yeah he's in Austin

Received on Aug 24, 2014 5:00:32 PM
not as good as Dallas, but good town none the less

Received on Aug 24, 2014 5:13:20 PM
let me ask what do you like about Chicago so much?

Received on Aug 25, 2014 1:20:48 PM
were right

Received on Aug 25, 2014 1:20:48 PM
about the music industry....

Received on Aug 25, 2014 1:20:48 PM
I have a friend who has his music on spottily...he showed me earning report.....he made absolutely nothing

App.000040

Messages with busyforawhile@gmail.com

Received on Aug 25, 2014 1:20:48 PM
views to money wise

Received on Aug 25, 2014 5:30:24 PM
hey Brandon question you around?

Sent on Aug 25, 2014 5:30:45 PM
What's up?

Received on Aug 25, 2014 5:30:24 PM
can you email me a copy of the contract between us

Received on Aug 25, 2014 5:30:24 PM
markonervey1@gmail.com

Sent on Aug 25, 2014 5:31:43 PM
You don't have it? Yeah I can see about getting it to you

Sent on Aug 25, 2014 5:31:50 PM
Why you need it?

Received on Aug 25, 2014 5:30:24 PM
Just to see it, I haven't had it in forever

Sent on Aug 25, 2014 5:32:12 PM
I see

Sent on Aug 25, 2014 5:36:04 PM
Id have to find it

Sent on Aug 25, 2014 5:36:17 PM
Can't remember where I put it

Received on Aug 25, 2014 5:36:32 PM
okay

Received on Aug 25, 2014 5:38:56 PM
last time I saw it, was Just when it was signed whenever that was

Received on Aug 25, 2014 5:38:56 PM
so I just want to see it again thats all

Received on Aug 25, 2014 5:53:52 PM
any luck finding it?

Sent on Aug 25, 2014 5:58:02 PM
I don't remember where I put it bro, I got a lot of shit in boxes. I'll get it to you as soon as it pops up.

Received on Aug 25, 2014 6:04:32 PM
Okay sounds good. And look all I ask moving forward just no more threats of you coming to my house. It's made me feel uneasy, 1. you have a gun 2. you've had PTSD, and don't take offense here, but people who've had that have been proven to be unstable. I have a family here, and don't want to have to worry about you showing up here one day.

Sent on Aug 25, 2014 6:07:21 PM
I've absolutely NEVER threatened you Marko. I don't have PTSD, not every war veteran has PTSD you know? That's offensive bro... And again, I asked you to stop bringing up my 2nd amendment, it had absolutely NOTHING to do with our agreement

App.000041

Messages with busyforawhile@gmail.com

Received on Aug 25, 2014 6:10:56 PM
wasn't meaning any offense, just merely saying how I feel

Received on Aug 25, 2014 6:13:04 PM
and you have threatened me, MANY Times...not recently and you do have a short fuse temper. Like I said Im not offending here, just saying my peace. Isn't that my first amendment right?

Received on Aug 25, 2014 6:19:28 PM
I prefer we're friends and theirs a good line of communication between us, If I offended you sorry – just sometimes have to say my peace

Sent on Aug 25, 2014 6:40:01 PM
I have never threatened you with any sort of violence. You're confusing me with someone else

Received on Aug 25, 2014 6:40:48 PM
just back in 2012 you said you were going to come to my door? What does that mean? to sell me girl scout cookies?

Sent on Aug 25, 2014 6:41:24 PM
Show me where I said that

Sent on Aug 25, 2014 6:41:35 PM
If I said it, you recorded it.. Get it

Sent on Aug 25, 2014 6:41:40 PM
Because I didn't say that

Received on Aug 25, 2014 6:42:34 PM
why would I make this up?

Received on Aug 25, 2014 6:42:39 PM
You said it, then my dad answered the phone and you and him started talking

Received on Aug 25, 2014 6:42:41 PM
simple as that

Sent on Aug 25, 2014 6:43:38 PM
Ok, then you completely misunderstood whatever it was that I said. I don't threaten people, I'm 100% nonviolent. Anyone says otherwise, they are lying

Sent on Aug 25, 2014 6:43:46 PM
That's how sure I am I didn't say it

Sent on Aug 25, 2014 6:43:50 PM
Nonetheless

Sent on Aug 25, 2014 6:43:54 PM
2012

Sent on Aug 25, 2014 6:43:57 PM
..

Received on Aug 25, 2014 6:49:20 PM
well Im happy to hear you're nonviolent, that puts me at ease then

Received on Aug 25, 2014 6:49:20 PM
and yeah it was 2012, just I have internet brain so everything feels like it was yesterday

App.000042

Messages with busyforawhile@gmail.com



Received on Aug 25, 2014 7:06:24 PM
but yeah let me know once you find that contract

Sent on Aug 25, 2014 7:12:51 PM
I have the unsigned copy on my computer, but it's not the one I signed

Received on Aug 25, 2014 7:13:23 PM
whats it say

Sent on Aug 25, 2014 7:14:29 PM
In regards to what?

Received on Aug 25, 2014 7:14:56 PM
I don't have the signed one either, Im trying to locate it myself

Sent on Aug 25, 2014 7:15:50 PM
You have the unsigned one?

Received on Aug 25, 2014 7:15:59 PM
don't have that one either

Sent on Aug 25, 2014 7:16:08 PM
Oh

Sent on Aug 25, 2014 7:23:32 PM
Found it: check your Inbox

Received on Aug 25, 2014 7:19:12 PM
I just remember the people who signed it was me and Jon Brandt

Received on Aug 25, 2014 7:19:12 PM
actually his dad

Received on Aug 25, 2014 7:19:12 PM
that kid who was working for me at the time

Received on Aug 25, 2014 7:19:12 PM
Im trying to locate the original one myself

Received on Aug 25, 2014 7:19:12 PM
not having any luck at the moment

Received on Aug 25, 2014 7:23:28 PM
because you ALWAYS yell on Twitter or call my house or offend ME by calling me a "Scammer" where as I paid you back the 1500 plus 4000

Received on Aug 25, 2014 7:23:28 PM
and now we're sitting here no contract

Sent on Aug 25, 2014 7:24:36 PM
Contract is in your Inbox

Sent on Aug 25, 2014 7:24:53 PM
How does someone "yell" on twitter? Lol

App.000043

**Messages with busyforawhile@gmail.com**

> Received on Aug 25, 2014 7:25.17 PM
> by tweeting people I work with and saying and slandering me like you did in 2012, literally my rep took a huge hit, calling me Youtube ponzi etc etc

> Sent on Aug 25, 2014 7:25:45 PM
> Really? Show me screenshot

> Sent on Aug 25, 2014 7:26:08 PM
> Why do you always accuse me of doing shit other people did? Come on bro, what does that accomplish?

> Received on Aug 25, 2014 7:25:36 PM
> you tweet wiped your twitter

> Received on Aug 25, 2014 7:25:36 PM
> but I have it saved

> Received on Aug 25, 2014 7:25:36 PM
> why would I lie?

> Sent on Aug 25, 2014 7:26:39 PM
> I remember I reached out to Mark asking him if he talks to u

> Received on Aug 25, 2014 7:25:36 PM
> and in this contract where does it say Videogames Youtube channel?

> Received on Aug 25, 2014 7:27:02 PM
> no you didn't

> Sent on Aug 25, 2014 7:27:11 PM
> Marko, it's been long established that this agreement was for the videogames channel?

> Received on Aug 25, 2014 7:27:10 PM
> you said the "Truth" about me and every director at the time you were bad talking to me

> Received on Aug 25, 2014 7:27:19 PM
> I saw all the DMs

> Sent on Aug 25, 2014 7:27:25 PM
> Show me please

> Sent on Aug 25, 2014 7:27:36 PM
> Don't sit here and accuse me, show me

> Received on Aug 25, 2014 7:27:44 PM
> then in January I said please Brandon Im getting the channel back keep It between us and the first thing you did was go to Ty Moss ranting on about me, you went to BBTV said I Was a fraudster and faked reports, etc, etc

> Sent on Aug 25, 2014 7:28:08 PM
> No that's a lie

> Received on Aug 25, 2014 7:27:44 PM
> why would I lie?

> Received on Aug 25, 2014 7:27:44 PM
> For what purpose

App.000044

Messages with busyforawhile@gmail.com



Sent on Aug 25, 2014 7:28:29 PM
Youre over exaggerating everything

Sent on Aug 25, 2014 7:28:36 PM
Why would you lie???????

Sent on Aug 25, 2014 7:28:38 PM
Hahahahahahaha

Sent on Aug 25, 2014 7:28:45 PM
Dude really? What are you doing?

Sent on Aug 25, 2014 7:28:59 PM
What are you doing Marko?

Received on Aug 25, 2014 7:29:39 PM
Im not doing anything Im simply saying what happened to me over the past few years

Sent on Aug 25, 2014 7:29:47 PM
Ok

Sent on Aug 25, 2014 7:30:04 PM
Sounds like you're up to something, nonetheless let's just drop it and keep moving

Received on Aug 25, 2014 7:29:52 PM
Im not up to anything

Sent on Aug 25, 2014 7:30:22 PM
What's up with BBTV?

Sent on Aug 25, 2014 7:30:26 PM
They dropping?

Received on Aug 25, 2014 7:29:52 PM
yeah but end of sept

Sent on Aug 25, 2014 7:31:05 PM
Ok

Sent on Aug 25, 2014 7:31:29 PM
Are you wiring me tomorrow?

Received on Aug 25, 2014 7:31:37 PM
tomorrow no

Received on Aug 25, 2014 7:31:47 PM
you said the date is 28th

Sent on Aug 25, 2014 7:31:48 PM
Wednesday?

Sent on Aug 25, 2014 7:31:56 PM
No, I said before the 28th

Received on Aug 25, 2014 7:32:00 PM
okay

App.000045

**Messages with busyforawhile@gmail.com**

Received on Aug 25, 2014 7:32:00 PM
all im saying is man, months and months on Twitter I praised you

Received on Aug 25, 2014 7:32:00 PM
and in return I got slandered, threatened, spit in my face, called a scammer

Received on Aug 25, 2014 7:32:00 PM
time after time again, and im just trying to figure out what I did to deserve it

Received on Aug 25, 2014 7:32:00 PM
did I really wrong you so badly? that I deserved that

Sent on Aug 25, 2014 7:33:41 PM
Marko, please stop with the dramatics: I hardly slandered you or threatened. Stop with these lies dude and just drop it.

Sent on Aug 25, 2014 7:34:10 PM
I have no idea why you are saying this, but it's counterproductive

Received on Aug 25, 2014 7:36:16 PM
agreed dropping it, some nights I get in a mood sorry

Sent on Aug 25, 2014 7:37:38 PM
No worries bro. U playing gta ever, or nah?

Received on Aug 25, 2014 7:38:27 PM
I don't even have a console at all

Sent on Aug 25, 2014 7:38:37 PM
Oh

Received on Aug 25, 2014 7:40:08 PM
yeah when you have to watch the gameplay all day long – end of day you just feel burned out and it becomes the last thing you want to do

Received on Aug 25, 2014 7:40:16 PM
my only hobby to be honest is collecting movies

Sent on Aug 25, 2014 7:42:51 PM
I feel u. I was like that with working at Popeyes

BK's iPhone +1 (847) 287–5501        – 17 –        Aug 26, 2014 7:45:12 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS AND<br>BRANDON KEATING | §<br>§<br>§ | |
|               Plaintiffs,<br>Vs. | §<br>§<br>§ | CIVIL ACTION NO.<br>3:14-CV-03088-M<br>(JURY) |
| MARKO PRINCIP,<br>Individually,<br>MARKO PRINCIP d/b/a<br>VIDEOGAMES YOUTUBE<br>CHANNEL,<br>MARKO PRINCIP d/b/a<br>ACHIEVEMENT GUIDE,<br>MARKO PRINCIP d/b/a<br>GAME GUIDE, LLC;<br>AND BRIAN MARTIN | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
|           Defendants. | § | |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

BEFORE ME, the undersigned authority, personally appeared David Tyler Moss, who being duly sworn, deposed as follows:

"My name is David Tyler Moss. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein.

"I am a named Plaintiff in this lawsuit, and a partner in the VideoGames YouTube Channel ("Channel") by agreement signed with Marko Princip. The Partnership Agreement (hereinafter "Agreement") was entered into on May 21, 2012. Pursuant to the Agreement, I own 30% of the VideoGames YouTube Channel. The Agreement is attached as Pls. Ex "C," App. 6, and incorporated herein by reference.

EXHIBIT
G

1

Affidavit in Support of Plaintiffs' Application for Temporary Restraining Order

App.000047

"After failing to re-pay my initial investment of $1,500.00 into the Channel on time as promised in the Agreement, Mr. Princip has not paid me my correct percentage of the Channel's earnings since 2012, despite my requests for him to do so. Mr. Princip has not provided with me with any financial information from the Channel, despite my requests for information. I believe that Mr. Princip has intentionally refused to cooperate with discovery by not providing me any of this information so far in the lawsuit."

"Mr. Princip never gave me any notice or indication that he intended to 'terminate' our partnership. Despite Mr. Princip's claim that he somehow 'terminated' the partnership on his own (without my knowledge)--and Mr. Princip and Mr. Martin's claim that I am not a partner in the Channel--Mr. Princip approached me in March 2014, before this lawsuit was initially filed in Dallas County, Texas, and offered to pay me money from the Channel. Not only did Mr. Princip state that he had money that he would like to pay me, but Mr. Princip stated that he owed me a lot of money, AND he wanted to keep paying me for future earnings because the Channel now makes more money than I can imagine in a month. Mr. Princip even stated that Mr. Martin had asked Mr. Princip to reach out to me and 'make things right.' My conversation with Mr. Princip, whose phone number is (214) 662-8246, is attached as Pls. Ex. I, App. 57-66, and incorporated herein by reference."

"I have also learned that the Defendants have posted inappropriate content on the Channel in violation of YouTube rules and regulations, and the Channel has received two 'strikes.' A strike is a warning from YouTube that posted content violates their rules, regulations and agreement to post any content on their internet platform or websites. A third strike will result in the VideoGames YouTube Channel being removed by YouTube. Obviously, this would financially harm the Channel as advertisers will no longer pay to advertise on the Channel, and

2

will result in a total loss of goodwill built up as the Channel obtained over 2,500,000 subscribers during the past two-plus years, since its inception. If advertisers no longer pay YouTube, who then pays BroadbandTV (or whoever is now servicing the Channel), and thereafter pays Mr. Princip, I will not receive my 30% contractually owed share of the Channel's revenue. I believe that there are a number of projects, ventures and/or business activities that the VideoGames YouTube Channel is involved in to generate revenue.

"To my knowledge, Brandon Keating also owns 30% of the VideoGames YouTube Channel. Together, we own 60% of the Channel. We are requesting that Defendants surrender control of the Channel to us immediately to guarantee there will be no further opportunity for any of the Defendants to post any content that is inappropriate, derogatory, or violates YouTube rules and regulations; and that we may avoid any further adversarial issues with YouTube. I also know that Mr. Princip is attempting to avoid paying a settlement from two other lawsuits in the Superior Court of California, County of San Mateo, and the United States District Court for the Eastern District of Virginia, Richmond Division involving the Channel. Further, Mr. Princip has stated his intent to avoid paying judgments. These two lawsuits involves Adam and Abby Lovinger, the parents of A.L., a minor child, an individual in Virginia who Mr. Princip apparently reached an agreement with to manage the Channel just days after Mr. Princip and I entered into our Agreement. Mr. Princip never consulted me about retaining or agreeing to any services that would be provided by Mr. Lovinger to the Channel. I did not even know about these two lawsuits--which literally span the continental United States--until my attorneys discovered them just before we originally filed suit in Dallas County, Texas. Mr. Princip and Mr. Martin literally litigated this entire lawsuit without giving me any notice or consulting me about the litigation or any settlement. In addition, I also know that Mr. Princip stated that he will

remove the Channel, delete the Channel, or transfer or sell the Channel to somebody else is if he is ordered to surrender it to anybody else in a lawsuit. Finally, I have learned that Mr. Princip and Mr. Martin have breached the settlement agreement in San Mateo County, California, and a judgment in excess of $40,000.00 has been entered against them."

"I believe that Mr. Princip has apparently entered into a business relationship of some sort with Brian Martin. Mr. Martin told me that he is a 'business partner' with Mr. Princip, and threatened to take legal action against me if I pursued my contractual rights in the Channel. I believe that Mr. Princip has sold a percentage of the VideoGames YouTube Channel to Mr. Martin, as he has done with Brandon Keating and I. I believe that Mr. Princip is currently paying Mr. Martin, who is acting in concert with Mr. Princip and will work with Mr. Princip to prevent Brandon Keating and I from exercising our rights to participate in the management of the business and affairs of the Channel (as we are entitled by our contracts to do), and from receiving our contractual share of the Channel's revenue. I know that Mr. Princip and Mr. Martin are acting in concert to operate the Channel, and to manage its business and financial affairs.

"Further affiant sayeth not."

David Tyler Moss
_____
David Tyler Moss

SUBSCRIBED AND SWORN TO BEFORE ME on March 11, 2015, by

David Tyler Moss

BRANDY L. GRIFFIN
NOTARY
My Comm. Expires
September 19, 2017
PUBLIC
MECKLENBURG COUNTY

Brandy L. Griffin
Notary Public, State of North Carolina

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS AND | § | |
| BRANDON KEATING | § | |
| | § | |
| **Plaintiffs,** | § | CIVIL ACTION NO. |
| **Vs.** | § | 3:14-CV-03088-M |
| | § | (JURY) |
| MARKO PRINCIP, | § | |
| Individually, | § | |
| MARKO PRINCIP d/b/a | § | |
| VIDEOGAMES YOUTUBE | § | |
| CHANNEL, | § | |
| MARKO PRINCIP d/b/a | § | |
| ACHIEVEMENT GUIDE, | § | |
| MARKO PRINCIP d/b/a | § | |
| GAME GUIDE, LLC; | § | |
| AND BRIAN MARTIN | | |
| | | |
| **Defendants.** | § | |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION
## FOR TEMPORARY RESTRAINING ORDER

BEFORE ME, the undersigned authority, personally appeared Brandon Keating, who

being duly sworn, deposed as follows:

"My name is Brandon Keating. I am at least 18 years of age and of sound mind. I am

personally acquainted with the facts alleged herein.

"I am a named Plaintiff in this lawsuit, and a partner with Marko Princip in the

VideoGames YouTube Channel. On March 9, 2012, I signed a contract and membership



1

App.000051

agreement with Marko Princip and Game Guide, LLC ("Agreement"), attached as Pls. Ex. 'A,' App. 1-4, and incorporated herein by reference. The purpose of our agreement was and is to provide an online / internet platform, forum and channel for individuals and companies to introduce to the market new video games, offer opinions, review video games and share experiences, including tips and tricks of how to play various video games.

"A search of the Texas Secretary of State's electronic records indicates there is no legal entity known as 'Game Guide LLC' registered to do business in Texas. Please see Pls.' Ex. 'K,' App. 82, and incorporated herein by reference. I have personal knowledge that Mr. Princip is conducting business the subject and purpose of our agreement, both in his personal name and as 'VideoGames YouTube Channel (hereinafter 'Channel'). Mr. Princip entered into a partnership agreement with David Tyler Moss regarding the Channel May 21, 2012. To my knowledge, David Tyler Moss is also a partner and 30% owner of the VideoGames YouTube Channel.

"My understanding is that Mr. Princip has somehow transferred or 'gifted' 50% ownership in the VideoGames YouTube Channel to Brian Martin in exchange for finding a lawyer to represent Mr. Martin and himself in litigation involving the Channel in Superior Court of California, County of San Mateo, and the United States District Court for the Eastern District of Virginia, Richmond Division involving the Channel. Mr. Princip has told me on several occasions that he does not have a contract with Mr. Martin. I believe that Mr. Princip is currently paying Mr. Martin, who is acting in concert with Mr. Princip, and will work with Mr. Princip to prevent David Tyler Moss and I from controlling the Channel as we are entitled to by contract, receiving our contractual share of the revenue, and exercising our contractual rights to participate in the management of the Channel's affairs.

2

"Despite Mr. Princip and Mr. Martin's apparent contention that I am not a partner in the Channel, Mr. Princip sent me an e-mail message from busyforawhile@gmail.com, his e-mail address, on June 21, 2014 at 1:18 A.M. confirming that I am, indeed, 30% owner of the VideoGames YouTube Channel. This e-mail message from Mr. Princip to me is attached as Pls.' Ex. 'B,' App. 5, and incorporated herein by reference. Mr. Princip further promised to pay me by the 17th of every month, and that Mr. Princip would be fully transparent with me moving forward. Interestingly, he asked me to not speak with Mr. Martin anymore. Mr. Princip further advised me to expect a payment of $5,500.00 by the end of business on June 23, 2014. That payment was never received from Mr. Princip.

"Recently, Mr. Martin told me in a conversation on Facebook that I have no ownership in the Channel, and that I **never** will. This conversation is attached as Pls.' Ex. 'J,' App. 67-81, and incorporated herein by reference. Mr. Martin further stated that he gave Mr. Princip money, and gave money to "some other investors...and they got their investors worth and I paid others what they were due but never ever ever will you have a part of it at all." App. 72. Finally, Mr. Martin advised me that not even in 2016 or 2020 would I receive my contractual share of the Channel's revenue, or have my contractual right to participate in the management of the Channel's affairs honored. App. 77.

"Pursuant to my contract with Mr. Princip, I own 30% of the VideoGames YouTube Channel. Marko Princip has also refused to pay the contractual percentage I am owed of the Channel's earnings since January 2013, even though Mr. Princip has provided some minimal reports and documents reflecting earnings received by the Channel. It is apparent from these documents that the Channel is earning revenue, but that money is not being distributed to myself

or Mr. Moss, another partner in the Channel.  It is my opinion that the Channel's earnings are being kept and secreted by Marko Princip and Brian Martin, another individual who became involved and received funds and benefitted from the fraudulent actions of Mr. Princip.  Despite Mr. Princip's apparent contention that I am not a partner,

"Mr. Princip has posted inappropriate content on the Channel in violation of YouTube rules and regulations, and the Channel has received two 'strikes'.  I know that at least one 'strike' is a result of Mr. Martin 'spamming' videos on the Channel with certain search optimization keywords in order to drive traffic to his own personal YouTube channel, FuturisticHub.  This process works by embedding certain programming into videos on the Channel that displays videos on Mr. Martin's personal channel in the "Related Videos" section that appears on the right side of the screen, next to the video.

"A 'strike' is a warning from YouTube that it has the legal right to eventually remove any channel or content from its electronic servers that publish content on the internet.  At least one strike came as a direct result of Mr. Princip and Mr. Martin placing inappropriate programming into Channel videos designed to drive traffic to a personal YouTube channel.  The Channel received another 'strike' from YouTube over an incident where Mr. Princip apparently made an agreement with Erik Thorsell, username 'kwebblekop,' to produce videos for the Channel in exchange for 50% of the 'net revenue commission' per video submitted by him.  Mr. Princip did not pay Mr. Thorsell as agreed, and Mr. Thorsell filed over 100 copyright claims against Mr. Princip for his videos.  YouTube gave the Channel a 'strike,' and suspended the Channel for a week.  Mr. Princip posted a video in which he admitted to publicly harassing Mr. Thorsell, stated that the Channel did not owe Mr. Thorsell any money, and admitted that the Channel received a

4

App.000054

suspension as a result of the situation between Mr. Thorsell and himself. In addition, Mr. Princip has potentially exposed the Channel to copyright infringement liability. Mr. Princip and Mr. Martin have done the same thing to other video producers on the Channel, and it is very likely only a matter of time before more complaints are filed against the Channel. What makes the situation even worse is that I was not consulted on any of these agreements or arrangements, and to the best of my knowledge, neither was David Tyler Moss."

"Pursuant to YouTube policy and its agreements with owners of any channel, a third strike will result in the Channel being removed and unpublished by YouTube. Obviously, this would financially harm the Channel as advertisers will no longer pay to advertise on the Channel, and will result in a total loss of goodwill built up as it obtained over 2,500,000 subscribers over the past two-plus years. If advertisers no longer pay YouTube, who pays the service provider (which I know at one point was BroadbandTV), and thereafter pays Mr. Princip, I will not receive my 30% contractually owed share of the revenue.

"We are requesting that Mr. Princip and anyone acting in concert with him surrender control of the Channel to us immediately to guarantee there will be no further opportunity that Mr. Princip, Mr. Martin, or anyone else will post any inappropriate content on the Channel that violates YouTube rules and regulations, to avoid any further adversarial issues with YouTube, and to avoid or limit the damage from any current or future copyright infringement claims or other litigation against the Channel. I also know that Mr. Princip and Martin are attempting to avoid paying a settlement from another lawsuit in the Superior Court of California, San Mateo County and the United States District Courts for the Eastern District of Virginia, Richmond Division involving the Channel, and that Mr. Princip informed me of his intent to avoid paying

judgments concerning the Channel. Mr. Princip has also stated that he will remove, delete,

transfer, or sell the Channel is if he is ordered to surrender control of the Channel--or the

Channel itself--to anybody else in a lawsuit. This conversation between Mr. Princip

(busyforawhile@gmail.com) is attached as Pls. Ex. "F," App. 30-46 at 35-37, and incorporated

by reference herein. I have since learned that I have learned that Mr. Princip and Mr. Martin

have breached the settlement agreement in San Mateo County, California, and a judgment in

excess of $40,000.00 has been entered against Mr. Princip and Mr. Martin."

"With a temporary restraining order, Mr. Princip will be unable to take any action to

remove content from the Channel, or to remove, delete, transfer, or sell the Channel in the event

that he is ordered to surrender control of the Channel upon final resolution of the litigation or

before. This is a legitimate concern, as Mr. Princip has stated to me that he would delete the

Channel if he was ever ordered to surrender the Channel to anybody else as a result of litigation."

"Further affiant sayeth not."

Brandon Keating

SUBSCRIBED AND SWORN TO BEFORE ME on _March 10ᵗʰ 2015_, by

Brandon Keating.

OFFICIAL SEAL
KEVIN H KELEHER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/06/18

Notary Public, State of _Illinois_



**(214) 662-8246**
(214) 662-8246



This is Marko and I have money that I would like to pay you. Please call me, I need only 10 minutes of your time (for legal purposes I will not be recording the call)



You don't even need to talk, just listen, I will say what I need to say and you can hang up
Thu 18:34 via SMS

How much money do you think you owe me?
Thu 19:09 via SMS





A lot and it's not only that, I want to keep paying you for future earnings, the channel now makes more money then you can imagine a month
Thu 19:10 via SMS

How much money is it making a month?
Thu 19:13 via SMS



Send an SMS message

**EXHIBIT**
**I**

App.000057

  10:03

 **(214) 662-8246**
(214) 662-8246

How much money is it making a
month?
Thu 19:13 via SMS



 Since I got it back in January, over 30.
I was lying about taking Drew to clue

 I was not lying* court*

 And I have settlement papers signed
by a federal judge as proof

 Let me do what's morally right thing
and sort this out with you - look Ty - I
did not need to text you here

 And you can confirm with Brandon
Keating that I have changed, me and
him are working together

 And you can confirm with Brandon
Keating that I have changed, me and
him are working together

Send an SMS message       





 (214) 662-8246
(214) 662-8246 

 And you can confirm with Brandon Keating that I have changed, me and him are working together

 I'm 100% sure you know who Brandon is, you follow him on twitter
Thu 19:17 via SMS

Who all is running the channel and involved in it right now? 

Yes I know Brandon.
Thu 19:18 via SMS 

 Myself , Brandon and my friend who financed the court case

 I let him join due to him paying 15,000 to go to federal court

 That was money at the time I did not have
Thu 19:19 via SMS

 Send an SMS message  

  

App.000059



(214) 662-8246
(214) 662-8246


That was money at the time I did not have
Thu 19:19 via SMS

Who is your friend?
Thu 19:19 via SMS



That guy who you spoke with on skype


Months ago
Thu 19:20 via SMS

Brian Martin?
Thu 19:20 via SMS



He has nothing against you, just was mad at that time


Yes


He actually told me to reach you to you and make things right

Send an SMS message



App.000060



(214) 662-8246
(214) 662-8246

He actually told me to reach you to you and make things right

And Brandon told me also

Brandon is no kid either is Brian

Both in their 30s, I'm only 21
Thu 19:21 via SMS

Is the channel partnered with a YouTube network?
Thu 19:23 via SMS



The network that Drew joined, that pays lowest cpm , we are being released - that is why I'm reaching out to you

Being released tomorrow actually - we just had to ride out what was left of Drews contract

Send an SMS message

 

App.000061




(214) 662-8246
(214) 662-8246


Being released tomorrow actually - we just had to ride out what was left of Drews contract
Thu 19:24 via SMS

That's Broadband TV network right?
Thu 19:25 via SMS



I'm offering you a way here to peacefully resolve things like I offered Brandon, Brandon considers me a close friend now


You can take me to court if you want, but good luck - Brian has a lot of money and will fight it for a long time or you can talk to BBTV who is aware of the whole situation or you can resolve this with me


Brandon will DM you now


Look out for it

Send an SMS message
 



App.000062



(214) 662-8246
(214) 662-8246

**Look out for it**
Thu 19:30 via SMS

So what are you offering me?
Thu 19:32 via SMS

That is what I want you to call me for

I'm not calling you to argue, I'm a nobody - I don't even have a personal twitter
Thu 19:33 via SMS

I'm at an event right now so I can just text.
Thu 19:33 via SMS

Fair enough we can talk when your done with your travels or whenever

this phone is clipped to my belt

Send an SMS message



(214) 662-8246
(214) 662-8246

 this phone is clipped to my belt

 But listen

 Once we get relased tomorrow and join this new network there will be serious money, so don't forget about this

 Have a good rest of your day

 Have a good rest of your day
Thu 19:37 via SMS

Its making a lot of money now but what about all the money you owe me from past months? How much is that?
Thu 19:38 via SMS


 The family kept that

Send an SMS message



(214) 662-8246
(214) 662-8246

The family kept that

You can sue them for that if you want

I didn't make anything while it was gone and I have proof
Thu 19:39 via SMS

You said you got a settlement?
Thu 19:39 via SMS

Brandon can confirm that

Yeah getting the channel back

You think without court they would have just given it back? Lol

Money is coming not months away, days away
Thu 19:41 via SMS

Send an SMS message

App.000065



## (214) 662-8246
(214) 662-8246

Money is coming not months away, days away
Thu 19:41 via SMS

That's a lot of money to just forget about.
Thu 19:41 via SMS



100 grand total

They kept

We could have A. Kept fighting in court and gotten more in the hole or B. Settle quick and make money fast

The channel was 190k when it was stolen, now it's at 1.6 million
Thu 19:42 via SMS

How many views is it getting a month? Or do you know what deal he has with the network?

Send an SMS message

December 5, 2014



**Brian Martin**

Threaten us again and its the last thing you ever do. You hear me, punk?

12/5, 11:23pm

I'll wipe the floor off you



**Brandon Keating**

I'm not threatening anyone, can you show me where? I'm simply utilizing the legal system  because my agreement has not been honored.

12/5, 11:25pm



**Brian Martin**

You have nothing on VG cause your agreement DOES NOT EXIST

12/5, 11:26pm

LOL

12/5, 11:26pm

**Brandon Keating**

I'm wondering if marko has not been totally honest with you either.

12/5, 11:26pm

**Brian Martin**

How many times do I have to say this?

12/5, 11:26pm



**EXHIBIT**

**J**

either.



**Brian Martin**

How many times do I have to say this?

12/5, 11:25pm



**Brandon Keating**

Marko told you that?

12/5, 11:26pm



**Brian Martin**

Brandon, we talked about this

12/5, 11:26pm

I asked for proof and you didn't send me anything.

This was before VG took off in his hands again



**Brandon Keating**

so me not sending you documents is your proof that the agreement does not exist?

12/5, 11:27pm



**Brian Martin**

You really have no clue what you're doing. No one is against VG and as you can tell, I have friends everywhere

12/5, 11:27pm

Of course. I didn't see your name anywhere on the business. If I were you I'd drop it



**Brandon Keating**

I'm sure you would have people go back and tell you, I expect that. That's fine 😊

12/5, 11:27pm

App.000068

## Brian Martin

☐ **+ New Message**    ☐ **⚙ Actions**    ☐ Q

 **Brandon Keating**    12/5, 11:27pm
I'm sure you would have people go back and tell you, I expect that. That's fine 😊

 **Brian Martin**    12/5, 11:28pm
Marko and I have our own lives to plan. You have yours. There shouldn't be any beef for property that is rightfully not yours anyhow.

 **Brandon Keating**    12/5, 11:28pm
Did Marko tell you that you are being named in the lawsuit too?

 **Brian Martin**    12/5, 11:28pm
Marko told me nothing and there is no lawusit

 **Brandon Keating**    12/5, 11:28pm
see that's where you are confused

 **Brian Martin**    12/5, 11:28pm
lawsuit*

 **Brandon Keating**    12/5, 11:28pm
ok

ok, nevermind..

sorry for bothering you

Write a reply...

 Add Files     Add Photos    Press Enter to send ☐    **Reply**

App.000069

## Brian Martin

+ New Message     ⚙ Actions     🔍

ok, nevermind..

sorry for bothering you



**Brian Martin**                                                12/5, 11:29pm
But you are going around trying to legally threaten Marko, let
alone me and I have to see it. Just nuts, Brandon...

Its gotta stop. You do you bro...



**Brandon Keating**                                            12/5, 11:29pm
legally threaten?



**Brian Martin**                                                12/5, 11:29pm
Yes I saw the screenshots about January, dropping bombs on
a federal lawsuit etc



**Brandon Keating**                                            12/5, 11:29pm
I'm asking if there is anyone else out there who claim he
screwed them over. That's not threatening, that's just
searching for information man



**Brian Martin**                                                12/5, 11:29pm
Not cool



**Brandon Keating**                                            12/5, 11:29pm
lol

it woke you up, yes?

Write a reply...

why won't you guys honor our agreement?

**Brian Martin**
there was never an agreement



Thats what I dont understand.

**Brandon Keating**
Just because I didn't send you an agreement, doesn't mean it doesn't exist..

**Brian Martin**
Marko works just as hard on VG as anyone would to keep that channel up to speed. The entire staff does.




**Brandon Keating**
what does that have to do with my agreement?

**Brian Martin**
To me it is speculation. I could say I own a channel and claim it without proof and its still not legal.

But you're threatening people "legally" who have no part in what you do

**Brandon Keating**

12/5, 11:29pm

12/5, 11:30pm

12/5, 11:30pm

12/5, 11:31pm

12/5, 11:31pm

12/5, 11:32pm



App.000071

## Brian Martin

New Message    Actions    🔍

 **Brandon Keating**                               12/5, 11:32pm
speculation is to form a theory. This is not a theory I am
presenting, but rather facts...... Again, I have not threatened
anyone

 **Brian Martin**                               12/5, 11:32pm
Which is the reason now why I have to message you and let
you know - this can't happen and you're doing a very bad thing
by doing that.

Brandon, i'm sorry. But we've been over this before. You have
no ownership in VG, never have and never will. You aren't
even a part of why VG is successful, so you can't sit there and
disrespect the work that went into it over a "thought" or a
"theory"

I'm sorry, but that's not right.

 **Brandon Keating**                               12/5, 11:35pm
incorrect.... I have been owner from the moment I signed that
contract and gave Marko money for that ownership in 2012.

 **Brian Martin**                               12/5, 11:36pm
You were never an owner and I even gave Marko money as
well, and some investors did and they got their investors worth
and I paid others what they were due but never ever ever will
you have a part of it at all

Sorry, but its a no from me

Write a reply...

## Brian Martin

[ + New Message ]  [ ⚙ Actions ]  [ 🔍 ]

 **Brian Martin**                                      12/5, 11:36pm

You were never an owner and I even gave Marko money as
well, and some investors did and they got their investors worth
and I paid others what they were due but never ever ever will
you have a part of it at all

Sorry, but its a no from me

For good

I wish you the best though in YOUR work and maybe you can
stop trying to take credit for others.

Have a good night.

 **Brandon Keating**                                  12/5, 11:36pm

lol

till next time 😊

 **Brian Martin**                                      12/5, 11:36pm

Lastly, if you trifle with me illegally, you'll lose your house

Everything

I'll take it all

Peace

 **Brandon Keating**                                  12/5, 11:38pm

you'll steal my house? That would be pretty hard to move

# Brian Martin

+ New Message    ⚙ Actions    🔍

 **Brandon Keating**                                    12/5, 11:38pm
you'll steal my house? That would be pretty hard to move,
Brian

 **Brian Martin**                                    12/5, 11:38pm
I'll liquidate your assets bro, AKA counter-sue you with cold
hard facts.

I dont think you want to mess with mew

 **Brandon Keating**                                    12/5, 11:38pm
lol

 **Brian Martin**                                    12/5, 11:38pm
You know how I am

 🙂

I do nothing but win.

 **Brandon Keating**                                    12/5, 11:39pm
I bet that works with the newer you tubers don't it?

lol

ok

 **Brian Martin**                                    12/5, 11:40pm
Trust me, Brandon. You've been warned and if you do trifle

## Brian Martin

`+ New Message`    `⚙ Actions`    `🔍`



**Brian Martin**    12/5, 11:40pm

Trust me, Brandon. You've been warned and if you do trifle with me. Legally, you will feel the pain of being worthless. Do yourself and family a favor, and back off. Or somebody's going to not have enough money to support a finger, let alone an entire family.

Peace



**Brandon Keating**    12/5, 11:40pm



Write a reply

**Brian Martin**    ＋ New Message    ⚙ Actions    🔍



 **Brian Martin**                                    12/5, 11:41pm
Its called Morality, you should look it up because once your
morals are gone, you lose it all.

 **Brandon Keating**                              12/5, 11:42pm
I'm amazed that you sit here and lecture about morality.
YOU.... Either you are just an audacious person, or you really
have no clue what's been going on behind your back.. No
worries.

 **Brian Martin**                                12/5, 11:43pm
Nothing has been going on behind my back. You know why?
Cause I don't cater to worthless idiots thats why. I do what I
do, I support my family, and I move on. If you step on my toes,
you will get messed up

Again, dont contact me ever again

You're worthless

Goodbye

Write a reply...

## Brian Martin

[ + New Message ]  [ ⚙ Actions ]  [ 🔍 ]

worries.



**Brian Martin**                                    12/5, 11:43pm

Nothing has been going on behind my back. You know why?
Cause I don't cater to worthless idiots thats why. I do what I
do, I support my family, and I move on. If you step on my toes,
you will get messed up

Again, dont contact me ever again

You're worthless

Goodbye



**Brandon Keating**                                 12/5, 11:44pm

Insults aren't nice Brian. I just want you guys to honor our
agreement.



**Brian Martin**                                    12/5, 11:44pm

There is no agreement to honor, which is why the insults are
justified as you are nothing but a greedy spiteful little snob

The answer is no

In 2016, it will be no

2020 it will still be no

So give it up

 **Brandon Keating**                          12/5, 11:45pm

2020 it will still be no

**Brandon Keating**
u say that... but

So give it up


**Brandon Keating**                                                12/5, 11:45pm

from Marko Princip(2)

**Marko Princip**
To me

To Brandon Keating.

This email is proof that you are 30% owner of Videogames Youtube Channel.

The deal is between Brandon Keating and Marko Princip.

By the 17th of every month you will receive your payment.

‑‑‑‑‑‑‑‑‑‑‑

**Brian Martin**                                                  12/5, 11:45pm
Looks like anyone can create that and send it to you int he
name of Marko. Not convinced.

I can do the exact same thing, Brandon.

**Brandon Keating**                                               12/5, 11:45pm
lol

App.000078

## Brian Martin

+ New Message    ⚙ Actions    🔍

 **Brandon Keating**                    12/5, 11:46pm
lol

goodnight, Brian

 **Brian Martin**                    12/5, 11:46pm
Going to have to try harder than that but don't even waste your
time. VG will never be yours

Ever

Not even 1%

Bye

 **Brandon Keating**                    12/5, 11:48pm
I don't want 1%

 **Brian Martin**                    12/5, 11:48pm
You're getting nothing

 **Brandon Keating**                    12/5, 11:48pm
I want my 30 😃

That's not nice

 **Brian Martin**                    12/5, 11:48pm
Never 😃 so keep dreaming.

Trust me Brandon, you got nothing

Write a reply...

## Brian Martin

+ New Message     ⚙ Actions     🔍



**Brian Martin**                                              12/5, 11:48pm

Never 🙂 so keep dreaming.

Trust me Brandon, you get nothing.



**Brandon Keating**                                           12/5, 11:48pm

You guys kept promising and promising, only to go back on your word..



**Brian Martin**                                              12/5, 11:49pm

Time = wasted.



**Brandon Keating**                                           12/5, 11:49pm

Why lead me on for so long then? What was the point?

over and over again, broken promises and lies



**Brian Martin**                                              12/5, 11:50pm

You wanted to be involved and i said If I agreed and you signed an agreement to work on VG then yes, but guess what Brandon, I said no. I didn't want you on my team because I didn't feel I needed you so you were not "hired" in a sense. Other than that, this is a waste of my time. You should be doing something more productive in your life instead of thinking that when someone offers you a "job" that you already have it cause you dont

Write a reply...

## Brian Martin

+ New Message | Actions



**Brandon Keating** 12/5, 11:49pm

Why lead me on for so long then? What was the point?

over and over again, broken promises and lies



**Brian Martin** 12/5, 11:50pm

You wanted to be involved and i said If I agreed and you signed an agreement to work on VG then yes, but guess what Brandon, I said no. I didn't want you on my team because I didn't feel I needed you so you were not "hired" in a sense. Other than that, this is a waste of my time. You should be doing something more productive in your life instead of thinking that when someone offers you a "job" that you already have it cause you dont



**Brandon Keating** 12/5, 11:51pm

bwuahahahahahahhahahaha a JOB? Ok.......



**Brian Martin** 12/5, 11:52pm

You must be completely out of your mind thinking you own anything such as

If a lawsuit happens I sure hope you're ready to liquidate your assets

Thats all I am saying lol

Write a reply...

3/9/2015                                      BUSINESS ORGANIZATIONS INQUIRY

## TEXAS SECRETARY of STATE
## CARLOS CASCOS

<u>UCC</u> | <u>Business Organizations</u> | <u>Trademarks</u> | <u>Notary</u> | <u>Account</u> | <u>Help/Fees</u> | <u>Briefcase</u> | <u>Logout</u>
### FIND ENTITY NAME SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** Game Guide LLC

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 801908362 | Game Repair Gods, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802000460 | guidry games LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801508749 | (G.A.M.) God's Anointed Ministries | Domestic Nonprofit Corporation | In existence | Legal | In use |
| ○ | 155610400 | TEXAS GUIDES SPORTFISHING AND GAME, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 2560700 | GAMMAGE DRY GOODS CO THE | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 123438900 | GADNAI GAMES, INC. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 701080422 | GOOD GAME, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 800048098 | GOD'S G.A.M.E., INC. | Domestic Nonprofit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 705741223 | G & D GAMES, LLC | Foreign Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 707515122 | GOOD TIME GAMES, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |

Records 1 to 10 of 56 scroll [ Next >> ]  OR  proceed to page [            ] of 6 pages [ GO ]

[ Return to Order ]  [ New Search ]

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

