# WYDE & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW

10100 NORTH CENTRAL EXPRESSWAY SUITE 590
DALLAS, TEXAS 75231
TELEPHONE: 214-521-9100 ◊◊ FACSIMILE: 214-521-9130
ELECTRONIC MAIL: WYDELAW@GMAIL.COM ◊◊ WEBSITE: WWW.WYDELAW.COM

HUNTER A. NUNN                                                              ADMITTED IN TEXAS AND ARKANSAS

May 6, 2015

VIA Electronic Mail: rwilson429@aol.com
VIA Facsimile:       (214) 637-2702

Mr. Robert D. Wilson
Law Offices of Robert D. Wilson, P.C.
Lawyers Title Insurance Corporation
18111 Preston Road
Suite 150
Dallas, Texas 75252

RE:  No. **3:14-CV-03088-M**:    *David Tyler Moss, et al v. Marko Princip, et al*, United
     States District Court for the Northern District of Texas, Dallas Division

Dear Mr. Wilson:

Please accept this letter as a formal inquiry as to whether you prefer to accept service of summons and complaint for your clients in this matter, Marko Princip d/b/a VideoGames YouTube Channel, Marko Princip d/b/a Achievement Guide, Marko Princip d/b/a Game Guide, LLC, VideoGames YouTube Channel, and Brian Martin.

Alternatively, pursuant to Fed. R. Civ. P. 4(d), we respectfully request by and through you as counsel of record that defendants Marko Princip d/b/a VideoGames YouTube Channel, Marko Princip d/b/a Achievement Guide, Marko Princip d/b/a Game Guide, LLC, VideoGames YouTube Channel, and Brian Martin waive service of summons in this matter.

This is not a summons, or an official notice from the Court. It is a request that, to avoid expenses, your clients waive formal service of a summons by signing and returning the enclosed waivers. To avoid these expenses, you must returned the signed waiver within 30 days from the date shown below, which is the date this notice was sent. Two copies of a waiver form for each defendant is enclosed.

If you return the signed waivers, I will file them with the Court. The action will then proceed as if your clients had been served on the date the waiver is filed, but no summons will be served upon your clients and you will have 60 days from the date this notice is sent to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served upon your clients. And I will ask the Court to require your clients to pay the expenses of making service.

If you agree to accept services of summons and complaint on behalf of your clients, please sign in the space indicated for you below. We thank you in advance for your anticipated cooperation in this matter.

I certify that this request is being sent to you on the date below.

Date: May 6, 2015

Respectfully,

Hunter A. Nunn,   HAN/DLW
For the Firm

AGREED to accept service of summons and complaint:

Robert D. Wilson
Attorney for all Defendants

Enclosed:

Two (2) Copies of Waiver Forms for:
Marko Princip d/b/a VideoGames YouTube Channel;
Marko Princip d/b/a Achievement Guide;
Marko Princip d/b/a Game Guide, LLC;
VideoGames YouTube Channel; and
Brian Martin