# AUTHORIZED PERSON'S AFFIDAVIT/RETURN OF SERVICE-FEDERAL SUMMONS (Corporation)

The attached **UNITED STATES DISTRICT COURT SUMMONS in a CIVIL ACTION** and attached **COMPLAINT** came to my hand on the **11th**. day of **May, 2015**, at **11:00 o'clock a.m.** Delivery of these Documents was executed at the address: **18111 Preston Rd., Suite 150**, City of **Dallas, 75252**, within the County of **Dallas, Texas**, at **3:15 o'clock a.m.** on the **12th**. day of **May, 2015**, by delivering to the within-named Corporation/Defendant: **Video Games YouTube Channel,** by delivering to the **Defendant's Attorney, Robert D. Wilson**, who accepted service on behalf of the Defendant of the true copy of this **SUMMONS** together with the accompanying copy of the **PLAINTIFF'S AMENDED ORIGINAL COMPLAINT**, having first endorsed the same date of delivery thereon.

I am a Service Agent Representative of **Texas Court Process Service**. My office is located at **P.O. Box 600010, Dallas, Texas, 75360**. My Texas office telephone number is **214-320-2600**.

I am authorized by the U.S. Federal Rules of Civil Procedure to deliver such Court Process as allowed by law in Federal cases.

I am a Citizen of the United States. I am over the age of eighteen (18) years of age. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude.

I am not a party to this Cause nor am I related to, employed by, or otherwise connected to any party or any party's attorney in this Cause (other than having been retained to serve process in this case), and I have no interest, fiduciary or otherwise, in the outcome of this lawsuit.

To certify each and all, witness my hand:

In the County of Dallas

The State of Texas

_____
Vincent G. Zubras, Jr.
SCH-6091; Certification expires 11/30/2015
Texas Court Process Service

Civil Action No. 3:14-CV-03088-M (Jury)
in the United States District Court
for the Northern District of Texas
*Styled:* David Tyler Moss and Brandon Keating,
*Plaintiffs,* v. Marko Princip and Brian Martin,
et al

## NOTARY PUBLIC'S ACKNOWLEDGEMENT

In the County of Dallas

The State of Texas

Before me, **Eva Cannon**, Notary Public in and for The State of Texas, appeared **Vincent G. Zubras, Jr.**, personally known or lawfully identified to me to be the individual who makes the above statement; signed and sworn to this **15th**. day of **May, 2015**, to certify which witness my hand and Seal of Office.

_____
Eva Cannon, Notary Public, The State of Texas

EVA CANNON
Notary Public, State of Texas
My Commission Expires
October 02, 2017

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

This Court Document delivered on final date & time shown below:
Date: 5/12/15
Time: 3:15pm
Accepted by: Robert D. Wales, atty for Plaintiffs/Defendants

| | |
|---|---|
| David Tyler Moss and Brandon Keating <br><br> *Plaintiff* <br><br> v. <br><br> Marko Princip and Brian Martin, et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:14-CV-03088-M (JURY) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VideoGames YouTube Channel
18111 Preston Road, Suite 150
Dallas, Texas 75252

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dan L. Wyde
Wyde & Associates
10100 N. Central Expressway, Suite 590
Dallas, Texas 75231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/7/2015

s/N. Taylor
*Signature of Clerk or Deputy Clerk*

This Court Document delivered on final date & time shown below:
Date: _____
Time: _____
Accepted by: _____