IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID TYLER MOSS** | § | |
| **AND** | § | |
| **BRANDON KEATING** | § | |
| Plaintiffs, | § | **CIVIL ACTION NO.** |
| Vs. | § | **3:14-CV-03088-M** |
| | § | **(JURY)** |
| **MARKO PRINCIP,** | § | |
| **Individually,** | § | |
| **MARKO PRINCIP d/b/a** | § | |
| **VIDEOGAMES YOUTUBE** | § | |
| **CHANNEL,** | § | |
| **MARKO PRINCIP d/b/a** | § | |
| **ACHIEVEMENT GUIDE,** | § | |
| **MARKO PRINCIP d/b/a** | § | |
| **GAME GUIDE, LLC;** | § | |
| **AND BRIAN MARTIN** | § | |
| Defendants. | § | |

**JOINT SETTLEMENT STATUS REPORT**

Pursuant to the Scheduling Order entered by the court on January 20, 2015, counsel for Defendants Marko Princip, Brian Martin d/b/a Videogames YouTube Channel, et al ("Princip"), Robert D. Wilson and counsel for Plaintiffs David Tyler Moss and Brandon Keating, Read Reily hereby submit the following Joint Settlement Status Report:

1.   <u>Status of Settlement Negotiations</u>:

Settlement negotiations are ongoing, the parties are waiting on documents to be produced by non-parties, expected on or around August 1, 2015, which should provide more detail about valuations.

2. <u>Specific efforts made by the parties to resolve this case:</u>

Parties have engaged in regular settlement negotiations, and intend to continue the settlement discussion.

3. <u>Statement about their views about ADR (timing and preference for provider, if any), and desire for a settlement conference to be conducted by the Magistrate Judge:</u>

Parties are in favor of attempting to settle this case through mediation and are in the process of scheduling with a private mediator.

Respectfully Submitted,

WYDE & ASSOCIATES

By: /s/ Read H. Reily
Read H. Reily
Texas Bar No. 24080126
Dan L. Wyde
Texas Bar No. 22095500
Email: wydelaw@gmail.com
10100 North Central Expy, Suite 590
Dallas, Texas 75231
Tel. (214) 521-9100
Fax. (214) 521-9130
Attorneys for Plaintiffs
David Tyler Moss and Brandon Keating

LAW OFFICES OF ROBERT D. WILSON

By:_____
Robert D. Wilson
State Bar No. 00789823
Email: rwilson@wilsonlawtexas.com
18111 Preston Road, Suite 150
Dallas, Texas 75252
Tel: 214-637-8866
Fax: 214-637-2702
Attorney for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of July, 2015 in compliance with the Federal Rules of Civil Procedure, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following attorneys who are known to represent the United States of America and the corresponding parties.

      /s/ Read Reily
      SERVER