IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS, and BRANDON KEATING, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No.: 3:14-CV-3088-M |
| MARKO PRINCIP, *Individually, d/b/a* VIDEOGAMES YOUTUBE CHANNEL *d/b/a* ACHIEVEMENT GUIDE *d/b/a* GAME GUIDE, LLC, and BRIAN MARTIN, | § § § § § | |
| Defendants. | § | |

**ORDER**

In light of the parties' Joint Settlement Status Report, filed July 27, 2015, the Court orders the parties to choose a mediator and file, **no later than August 14, 2015**, the name and address of the mediator they have chosen.  If the parties cannot agree on a mediator, the Court will select one. An Order of Referral For Mediation will be entered accordingly.

SO ORDERED.

DATED: July 31, 2015.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**