IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS AND BRANDON KEATING | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| Vs. | § | 3:14-CV-03088-M |
| | § | (JURY) |
| MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC; AND BRIAN MARTIN | § § § § § § § § § § | |
| Defendants. | § | |

**PARTIES MEDIATOR INFORMATION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to the court's Order dated July 31, 2015, the Parties submit the following information:

**MEDIATOR**

Carlos Lopez
1601 Elm Street, Suite 4100
Dallas, TX 75201

*[SIGNATURE PAGE FOLLOWS]*

Parties Selection of Mediator

1

Respectfully Submitted,

| WYDE & ASSOCIATES | LAW OFFICES OF ROBERT D. WILSON |
|---|---|
| By: /s/ Read H. Reily | By: /s/ Robert D. Wilson |
| Read H. Reily | Robert D. Wilson |
| Texas Bar No. 24080126 | State Bar No. 00789823 |
| Dan L. Wyde | Email: rwilson@wilsonlawtexas.com |
| Texas Bar No. 22095500 | 18111 Preston Road, Suite 150 |
| Email: wydelaw@gmail.com | Dallas, Texas 75252 |
| 10100 North Central Expy, Suite 590 | Tel: 214-637-8866 |
| Dallas, Texas 75231 | Fax: 214-637-2702 |
| Tel. (214) 521-9100 | Attorney for Defendants |
| Fax. (214) 521-9130 | |
| Attorneys for Plaintiffs | |
| David Tyler Moss and Brandon Keating | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th Day of August, 2015 in compliance with the Federal Rules of Civil Procedure, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following attorneys who are known to represent the United States of America and the corresponding parties.

                      /s/ Read Reily