UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS, ET AL., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:14-cv-3088-M |
| MARKO PRINCIP, ET AL., | § § | |
| Defendants. | § § § | |

### ORDER

Pursuant to the parties' Joint Status Report filed November 26, 2014, in which the parties consent to this case being handled by United States Magistrate Judge Paul D. Stickney,

IT IS HEREBY ORDERED that the above-captioned matter be reassigned to United States Magistrate Judge Paul D. Stickney for the conducting of all further proceedings and the entry of judgment, in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

**SO ORDERED**.

November 2, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS