# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DAVID TYLER MOSS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 3:14-CV-3088-BF |
| § | |
| MARKO PRINCIP, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the District Court's Order [D.E. 42] reassigning this case to the Magistrate Judge for all further proceedings and entry of judgment, the Court hereby sets a status conference for **THURSDAY, NOVEMBER 12, 2015, at 10:00 A.M.** in United States Magistrate Judge's Courtroom 1620, 1100 Commerce Street, Dallas, Texas.

**SO ORDERED.** November 3, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE