IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-3088-BF |
| | § | |
| MARKO PRINCIP, et al., | § | |
| Defendants. | § | |

## ORDER

This new consent case, *see* Order [D.E. 42], is currently set for a final pretrial conference on January 6, 2016 and a jury trial beginning January 11, 2016. Sched. Order [D.E. 13]. However, the parties have previously indicated that a continuance is necessary. Therefore, the Court cancels the currently scheduled final pretrial conference and jury trial dates and reschedules both. The Court sets the new date for trial on **March 28, 2016**, and the pretrial conference will be held immediately before the trial. **Any potential conflicts must be called to the attention of the Court in writing within ten (10) days of the date of this Order**.

The Scheduling Order entered by the District Court is further modified as follows. The deadline for pretrial disclosures and objections is now **February 29, 2016**. This shall also serve as the due date for the joint pretrial order, witness lists, exhibit lists, and deposition testimony designations. Proposed jury instructions and voir dire shall be due on **March 2, 2016**. For specific instructions on each of these items, please refer to the Scheduling Order.

SO ORDERED. December 14, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE