IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS AND BRANDON KEATING | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| vs. | § § | 3:14-CV-03088-M (JURY) |
| MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN | § § § § § § § § § § § § | |
| Defendants. | § | |

## Notice of Appearance

Comes now the undersigned in the above referenced case and entering his notice of appearance as follows;

The undersigned, Victor D. Vital, of the law firm Barnes & Thornburg, LLP, gives notice to the court and all parties and counsel of record of his appearance in this matter as lead trial counsel for plaintiffs. Through this notice, the undersigned requests that all copies of pleadings, motions, orders, and all other filings and documents in this cause be directed to the undersigned at the following address:

Victor D. Vital
Barnes & Thornburg, LLP
2100 McKinney Ave., Ste. 1250
Dallas, TX 75201
Direct: (214) 258-4124
Fax: (214) 258-4199
victor.vital@btlaw.com

        Respectfully submitted,

        /s/ Victor D. Vital
        **Victor D. Vital**
        Texas Bar No. 00794798
        **BARNES & THORNBURG LLP**
        2100 McKinney Avenue, Suite 1250
        Dallas, Texas 75201-6908
        Direct: (214) 258-4124
        Fax: (214) 258-4199
        E-mail: victor.vital@btlaw.com

### CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2016, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Victor D. Vital
        VICTOR D. VITAL