IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DAVID TYLER MOSS, et al.,** § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 3:14-CV-3088-BF |
| § | |
| **MARKO PRINCIP, et al.,** § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Motion to Strike Plaintiff Brandon Keating's Designation of Himself as Expert Witness [D.E. 47]. The motion requests that the Court strike Plaintiff's Designation of Expert Witness and Written Report [D.E. 45] because the deadline has passed for Plaintiff to designate expert witnesses. *See* Mot. Strike [D.E. 47 at 2]. The Court observes that Plaintiff filed his designation on February 16, 2016. *See* Pl.'s Designation [D.E. 45]. The Court also notes that the Scheduling Order controlling this case provides that Plaintiff's deadline for designating a expert witnesses was February 27, 2015. *See* Scheduling Order [D.E. 13 at 3].

After reviewing Plaintiff's Designation of Expert Witness and the Defendant's Motion to Strike Expert Witness Brandon Keating, the Court finds that Defendants' motion has merit and should be granted. Therefore it is **ORDERED** that Defendants' Motion to Strike Plaintiff's Brandon Keating's Designation of Himself as Expert Witness [D.E. 47] be **GRANTED**. Accordingly, Plaintiff's Designation of Expert Witness and Written Report [D.E. 45] is **STRICKEN** and the District Clerk is directed to mark "stricken" on the docket entry.

**SO ORDERED.** February 26, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE