IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID TYLER MOSS, et al.,          §
    Plaintiffs,                §
                               §
v.                                 §   No. 3:14-CV-3088-BF
                               §
MARKO PRINCIP, et al.,             §
    Defendants.                §

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injuction [D.E. 20] and Plaintiffs'

Motion to Appoint Receiver [D.E. 21]. Trial is set for this case on March 28, 2016. Therefore, both

motions are **DENIED without prejudice**.

    **SO ORDERED.** March 15, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE