IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| DAVID TYLER MOSS, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-3088-BF |
| | § | |
| MARKO PRINCIP, et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injction [D.E. 20] and Plaintiffs' Motion to Appoint Receiver [D.E. 21]. Trial is set for this case on March 28, 2016. Therefore, both motions are **DENIED without prejudice**.

**SO ORDERED.** March /5, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE