**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **DAVID TYLER MOSS, et al.,** § | |
| **Plaintiffs,** § | |
| § | |
| v. § | No. 3:14-CV-3088-BF |
| § | |
| **MARKO PRINCIP, et al.,** § | |
| **Defendants.** § | |

**ORDER TO SHOW CAUSE**

At the conclusion of a jury trial in the above-styled case, Defendants Marko Princip and Bryan Martin were ordered not to take any actions that would adversely affect the Videogames YouTube Channel. It has been represented to the Court that Defendant Bryan Martin has violated that order. *See* Decl. of Zack James [D.E. 62]. Therefore, Defendant Bryan Martin is ordered to show cause why he should not be held in contempt of court. Sanctions for contempt of court include, but are not limited to, monetary sanctions as well as the possibility of incarceration.

Defendant Bryan Martin is directed to file a response through his attorney of record, Robert D. Wilson by **4:00 P.M. on MONDAY, APRIL 4, 2016**.

This matter is set for hearing on **TUESDAY, APRIL 5, 2016 at 10:00 A.M.** in the in the United States Courtroom, Room 1620, 1100 Commerce St., Dallas, Texas. Defendant Bryan Martin is ordered to personally appear at the hearing set on April 5, 2016.

**SO ORDERED**, April 3, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE