AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **TEXAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 1 2016
CLERK, U.S. DISTRICT COURT
By_____ Deputy

DAVID MOSS ET AL

V.

MARKO PRINCIP

## EXHIBIT AND WITNESS LIST

Case Number: 3:14-CV-3088-BF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| PAUL D. STICKNEY | H. Nunn, D. Wyde, V. Vital | R. Wilson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/28/2016 - | | L. Price |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/30/2016 | 1 | X | Membership Agreement between Keating and Princip |
| 2 | | 3/28/2016 | 2 | X | Partnership Agreement between Moss and Princip |
| 3 | | 3/30/2016 | 3 | X | Princip Email Confirming Keating's 30% Partnership Interest |
| 4 | | 4/1/2016 | 4 | X | 9/27/13 Email Between Martin and Paul Smoot |
| 5 | | 4/1/2016 | 5 | X | 9/27/13 Email Between Martin and Paul Smoot |
| 6 | | 4/1/2016 | 6 | X | 9/28/13 Email Between Martin and Paul Smoot |
| | | | | | 10/10/13 Email Between Martin and Paul Smoot |
| | | | | | 10/24/13 Email Between Martin and Paul Smoot |
| 9 | | 4/1/2016 | 9 | X | Lovinger Settlement (signed by Princip on 114/14) |
| | | | | | Princip / Martin Electronic Message Exchange Regarding, Inter Alia, Lovinger Matter |
| 11 | | 3/30/2016 | 11 | X | 10/23/13 Settlement Agreement and Mutual Partnership Release between Princip and Martin |
| | | | | | Assumption, Release, Assignment and Indemnity Agreement |
| 13 | | 3/28/2016 | 13 | X | 5/7/12 - 5/21/12 Electronic Communications Between Moss and Princip |
| 14 | | 4/1/2016 | 14 | X | 5/21/12 - 6/14/12 Electronic Communications Between Moss and Princip |
| | | | | | 6/14/12 - 11/15/12 Electronic Communications Between Moss and Princip |
| 16 | | 3/28/2016 | 16 | X | 11/15/12 - 11/19/12 Electronic Communications Between Moss and |
| | | | | | 7/22/12 - 1/18/12 Electronic Communications Between Moss, Princip and Andrew Lovinger |
| 18 | | 3/30/2016 | 18 | X | 4/17/12 - 7/3/12 Electronic Communication Between Princip and Keating |
| | | | | | 11/29/12 - 4/16/!4 Electronic Communication Between Princip and Keating |
| 20 | | 3/30/2016 | 20 | X | 1/15/14 Email Between Keating and Princip (Admission of Partnership Interest) |
| | | | | | 1/15/14 - 6/18/14 Electronic Communications Between Princip, Keating and Martin |
| | | | | | 1/9/14 - 3/28/14 Electronic Communications Between Keating and Princip |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

AO 187A (Rev. 7/87)           **EXHIBIT AND WITNESS LIST – CONTINUATION**

| DAVID MOSS ET AL | | vs. | | MARKO PRINCIP | CASE NO. 3:14-CV-3088-BF |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 3/27/14 Email Between Keating and Princip |
| | | | | | 3/24/14 - 3/29/14 Electronic Communications Between Keating and Princip |
| | | | | | 3/28/14 - 6/3/14 Electronic Communications Between Keating and Princip |
| 26 | | 3/29/2016 | 26 | X | 6/9/14 - 8/27/14 Electronic Communications Between Keating and Princip |
| | | | | | 5/11 Email Between Keating and Princip (Admission of Partnership Interest |
| 28 | | 3/29/2016 | 28 | X | 11/19/12 Electronic Communications Between Moss, Princip and Martin |
| | | | | | 11/19/12 Electronic Communications Between Princip, Moss and Andrew Lovinger |
| 30 | | 3/29/2016 | 30 | X | Electronic Communications Between Princip and Moss (Top of First Page Starts at 10:03 p.m.) |
| | | | | | Electronic Communications Between Princip and Moss (Top of the First Page Starts at 11:19 p.m.) |
| | | | | | March 14th 10:29 p.m. - April 20th 4:19 p.m. Electronic Communications Between Princip and |
| | | | | | Electronic Communications Involving (First Page Shows Conversation Starts at 12:55 a.m.) |
| | | | | | Electronic Communications Between Princip and Moss (Communication on First Page Starts at |
| 35 | | 3/29/2016 | 35 | X | Electronic Communications Involving Princip (First Page Showing Friday 12:38 a.m.) |
| | | | | | Electronic Communications Involving Princip and Keating (Keating: "If the channel does in fact |
| | | | | | 3/27/14 Email String Between Keating and Princip |
| | | | | | 3/28/14 Email String Between Keating and Princip |
| | | | | | 6/24/14 - 6/27/14 Electronic Communications Between Keating and Princip |
| 40 | | 4/1/2016 | 40 | X | 8/6/14 Electronic Communications Between Keating and Princip |
| 41 | | 4/1/2016 | 41 | X | 12/5/14 Electronic Communications Between Keating and Martin |
| | | | | | Electronic Communications Between Keating and Princip (Starts January 23rd 2:40 p.m. - May 1") |
| | | | | | 10/24/13 Email Between Princip and Smoot [Exhibit to Be Exchanged Upon Receipt by Plaintiff] |
| | | | | | Defendant Brian Martin's Responses To Plaintiffs' Request for Admissions |
| | | | | | All Defendant's [sic] Responses to Plaintiffs' Request for Admissions |
| | | | | | Estimation of Monies Owed to Moss |
| | | | | | 2012 Form 1099 for Princip from Machinima, Inc., and Estimation of Monies Owed |
| | | | | | 2012 Individual Tax Return for Princip |
| 49 | | 3/29/2016 | 49 | X | 2013 Form 1099 for Princip from Machinima, Inc., and 2013 Individual Tax Return for Princip |




Page   2   of   4   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| DAVID MOSS ET AL | | vs. | | MARKO PRINCIP | CASE NO. 3:14-CV-3088-BF |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 2014 Individual Tax Return for Princip |
| | | | | | 1017/13 Email Between Martin and Paul Smoot |
| | | | | | 9/30/13 Email Between Princip, Martin and Paul Smoot |
| 53 | | 3/30/2016 | 53 | X | Settlement Agreement and Mutual Release (signed by Princip on 10112113), along with forward |
| | | | | | 11/10/14 - 5/8/14 Electronic Communications Between Keating, Princip and Martin |
| | | | | | 11/15/14 - 6/24/14 Electronic Communications Between Keating, Princip and Martin |
| | | | | | 11/12012 and 1/20/13 PayPal Money Transfers from Princip to Keating |
| | | | | | 6/21/14 Electronic Communications Between Princip and Keating |
| 58 | | 4/1/2016 | 58 | X | Market Publication/Compilation Regarding Video Games YouTube Channel (Social Blade |
| | | | | | Market Publication/Compilation Regarding Video Games YouTube Channel (YouTube |
| | | | | | Market Publication/Compilation Regarding Video Games YouTube Channel (YouTube |
| | | | | | Compilation of Payments from Machinima and Lovinger to Video Games YouTube Channel |
| 62 | | 4/1/2016 | 62 | X | 9/25/13 Email Between Martin and Paul Smoot |
| | | | | | 9/28/13 Email Between Martin and Paul Smoot |
| | | | | | Defendant's Responses to Plaintiff's Second Set [sic] Admissions & |
| | | | | | Rule 1006 Summary of Voluminous Electronic Communications |
| | | | | | Rule 1006 Summary of Voluminous Electronic Communications |
| 67 | | 4/1/2016 | 67 | X | Demand Letter from Moss to Princip |
| 68 | | 3/31/2016 | 68 | X | Messages Between Keating and Martin |
| 69 | | 3/31/2016 | 69 | X | Email dated 9/25/13 |
| | 1 | | | | Partnership Agreement dated OS/21/2012 |
| | 2 | 3/29/2016 | A | X | Demand letter from Hillary Cochrane, attorney dated 02/11/2013 |
| | 3 | 3/29/2016 | B | X | Emails from Marko Princip to David Tyler Moss concerning termination |
| | 4 | | | | Response letter from Attorney Kevin Ross to Plaintiffs attorney dated |
| | 5 | 3/30/2016 | H | X | Response email from Plaintiffs attorney to Defendant's attorney dated 05/21/13 |
| | 6 | | | | Defendants reserve the right to use Affidavits of any party or witness previously filed in this case |
| | 7 | | | | Defendants reserve the right to use any pleadings filed by Plaintiffs in this case |

Page ___3___ of ___4___ Pages




AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | DAVID MOSS ET AL | | vs. | MARKO PRINCIP | CASE NO. 3:14-CV-3088-BF |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 8 | | | | Defendants reserve the right, without stipulating to the authenticity or admissibility, to use any exh | |
| | 9 | | | | Defendants reserve the right, without stipulating to the authenticity or admissibility, | |
| | 10 | | | | Defendants reserve the right to use additional exhibits for rebuttal or impeachment | |
| | | 3/30/2016 | C | X | 2012 1099 Form--Marko Princip | |
| | | 3/30/2016 | D | X | 2012 Tax Return--Marko Princip | |
| | | 3/30/2016 | E | X | 2013 1099 Form--Marko Princip | |
| | | 3/30/2016 | F | X | 2013 Tax Return--Marko Princip | |
| | | 3/30/2016 | G | X | 2014 Tax Return--Marko Princip | |
| | | 3/30/2016 | I | X | 2015 1099 Form--Brian Martin | |
| | | 3/30/2016 | K | X | Lovenger Settlement Agreement without Pacer Bates Stamp | |
| | | 3/30/2016 | L | X | Fullscreen Contract | |
| | | 3/31/2016 | M | X | Messages between Keating and Martin | |
| | | 3/31/2016 | N | X | Channel Sales Revenue | |
| | | 3/31/2016 | O | X | Lovenger Settlement Agreement with Pacer Bates Stamp | |
| | | 3/31/2016 | P | X | "ISHATONU" Paper | |
| 70 | | 3/31/2016 | 70 | X | Email between Princip and Smoot dated 10/10/2013 | |
| 71 | | 3/31/2016 | 71 | X | Email between Princip and Smooth dated 10/24/2013 | |
| 72 | | 3/31/2016 | 72 | X | Martin Facebook Communication | |
| 74 | | 4/1/2016 | 74 | X | Demonstrative Exhibit with Figures, Definitions, and Email Addresses | |




Page ___4___ of ___4___ Pages