# VERIFICATION

STATE OF TEXAS
COUNTY OF COLLIN

BEFORE ME, the undersigned notary public, on this day personally appeared Brian D. Martin in this case, who, after being by me duly sworn on his oath deposed and said that he is the Affiant, that he has read the foregoing, and that the statements therein are within his personal knowledge and are true and correct.

*[signature]*
Brian D. Martin (print name)

MAURICE LEVANCE MADDOX
Notary Public, State of Texas
My Commission Expires
September 29, 2019

Subscribed and sworn before me on 4 day of April, 2016, by the Affiant.

*[signature]* Maurice L. Maddox
Notary Public, State of Texas