

◪ Promoted

↩    ↻ 4    40    •••

 **Victor Vital** @vitaladvocacy · Apr 1
Just secured a $20,000,000+ jury verdict in federal court in a partnership / fraud dispute.

↩    ↻ 1    7    •••

 **Victor Vital** @vitaladvocacy · Apr 1    📍

## Proud to secure $20,000,000+ #jury #verdict for deserving clients in #partnership dispute. #triallawyer



↩    ↻ 13    26    •••

 **Victor Vital** @vitaladvocacy · Apr 1    📍
$20,000,000+ #federal #jury #verdict moments ago in #business case. #triallawyer @BTLawNews

↩    ↻    3    •••

Exhibit 1