

Promoted

 4    40

**Victor Vital** @vitaladvocacy · Apr 1
Just secured a $20,000,000+ jury verdict in federal court in a partnership / fraud dispute.

 1    7

**Victor Vital** @vitaladvocacy · Apr 1

## Proud to secure $20,000,000+ #jury #verdict for deserving clients in #partnership dispute. #triallawyer



13    26

**Victor Vital** @vitaladvocacy · Apr 1
$20,000,000+ #federal #jury #verdict moments ago in #business case. #triallawyer @BTLawNews

3

Exhibit 1