

**116 likes**  5m

tymoss Had an awesome week hanging out with these guys in Dallas, Texas. Shout out to Dan Wyde and Victor Vital for being the best lawyers I could ask for! Also, I'm an owner along with Brandon of Youtube.com/VideoGames! 😄

onkelpat Ty making moves! Congrats.

Exhibit 2