`IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID TYLER MOSS AND BRANDON KEATING** | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| Vs. | § § | 3:14-CV-03088-M |
| | § | (JURY) |
| **MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN** | § § § § § § § § § § § § | |
| Defendants. | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**

    **NOW COMES** Robert D. Wilson, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

    1.    Movant is attorney of record for Defendant's, **MARKO PRINCIP and BRIAN MARTIN.**

    2.    Good cause exists for withdrawal of Movant and Movant's firm as counsel in that Defendants have terminated the attorney-client relationship with our firm.

3. It is our understanding the Defendants have hired attorney **Eric Friedman**, Friedman & Fieger, 5301 Spring Valley Rd. STE 200. Dallas, Texas 75254.

A copy of this motion has been delivered to Defendants **MARKO PRINCIP and BRIAN MARTIN.**

The settings and deadlines in this case are as follows:

**Defendants Response to Entry of Judgment and Permanent Injunction-April 8, 2016 at 4:00pm**

Respectfully submitted,

By: /s/ *Robert D. Wilson*
Robert D. Wilson
Bar No. 00789823
Law Offices of Robert D. Wilson
18111 Preston Road
Suite 150 – Preston One
Dallas, Texas  75252
214/637-8866 (Tel)
214/637-2702 (Fax)
rwilson@wilsonlawtexas.com

**Certificate of Service**

I hereby certify that on this 7th day of April, 2016, in compliance with rule 21a, Texas Rules of Civil Procedure, a true and correct copy of the foregoing document has been served on all parties of record.

/s/ *Robert D. Wilson*
Robert D. Wilson, Attorney for Defendants

2