IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID TYLER MOSS, ET AL.      ]

                           ]

vs.                       ]         NO.  3:14-CV3088-BF

                           ]

MARCO PRINCIP, ET AL.       ]

ORDER SETTING HEARING ON MOTION TO WITHDRAW

On April 7, 2016, counsel for defendants filed a Motion to Withdraw as attorney of

record in the above-entitled case.  The Motion is without his clients signature and does not have a

certificate of conference.  In the Motion it states new counsel has been retained but of this date

no entry of appearance has been entered.  The Court sets a hearing on this matter for April 12,

2016, at 9:00 o'clock a.m.  Counsel Mr. Wilson along with both defendants, Mr. Martin and Mr.

Princip will be present at this hearing along with new counsel if one is retained.

In addition the Court intends to rule on the proposed judgment and preliminary injunction

request.  Both sides will be prepared to address the Court on these issues.

Signed this 8th day of April, 2016.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE