IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID TYLER MOSS AND BRANDON KEATING** | § § § § § | |
| *Plaintiffs,* | § | |
| **MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN** | § § § § § § § § § | Civil Action No. 3:14-cv-03088-M |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

    **COMES NOW, MARKO PRINCIP** and **BRIAN MARTIN** ("Defendants") and files this, their Notice of Appearance, and for cause of action would respectfully show the Court as follows:

    1.    Mazin A. Sbaiti, Esq., Eric M. Friedman, Esq., and the law firm of Friedman & Feiger, L.L.P. have been engaged to represent Defendants in the above-styled and numbered cause.

    2.    Mazin A. Sbaiti, Esq., Eric M. Friedman, Esq., and the law firm of Friedman & Feiger, L.L.P. enter an appearance on behalf of Defendants in this case.

    3.    In accordance with Rule 5(b)(1) of the Federal Rules of Civil Procedure, Mazin A. Sbaiti, Esq., Eric M. Friedman, Esq., and the law firm of Friedman & Feiger, L.L.P. request

that all notices, motions, pleadings, orders, and correspondence filed, served, or entered in this case be served upon the undersigned at the following address:

Mazin A. Sbaiti, Esq.
Eric M. Friedman, Esq.
**FRIEDMAN & FEIGER, L.L.P.**
5301 Spring Valley Road
Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)
mazin@fflawoffice.com
efriedman@fflawoffice.com

      Respectfully submitted,

      **FRIEDMAN & FEIGER, LLP**

      /s/ Mazin A. Sbaiti
By:_____
    **Mazin A. Sbaiti**
    State Bar No. 24058096
    mazin@fflawoffice.com
    **Eric M. Friedman**
    State Bar No. 24090106
    efriedman@fflawoffice.com

5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2016, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court.  The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means.

                                                /s/  Mazin Sbaiti
                                                      Attorney