**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **DAVID TYLER MOSS AND BRANDON KEATING** § § § | |
| *Plaintiffs,* § § | |
| **MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN** § § § § § § § § | Civil Action No. 3:14-cv-03088-M |
| *Defendants.* § | |

**MOTION TO CONTINUE HEARING**

**TO THE JUDGE OF THIS HONORABLE COURT:**

Defendants respectfully request a brief continuation of the Court's hearing currently set for Tuesday, April 11, 2016, wherein the Court wishes to take up the substitution of counsel, entry of judgment, and preliminary injunction matters (the "Hearing").

On Thursday, April 7, 2016, Defendants' Counsel filed his Motion for Withdrawal at which point they notified the newly retained Counsel for Defendants that the deadline for Defendants' Response to Entry of Judgment and Permanent Injunction was April 8, 2016, at 4:00 p.m. Furthermore, the Entry of Judgment and Permanent Injunction Hearing has, as recently as this afternoon, been scheduled for Tuesday, April 12, 2016, at 9:00 a.m.

Unfortunately, undersigned Defense Counsel, who was retained on April 7, 2016, to handle the litigation going forward, has an immovable conflict on that date and the next day, April 12, 2016. Counsel will be in Dallas County taking depositions in another matter on those

days. Counsel has had these depositions scheduled for months under Court scheduling order from Judge Montgomery in the County Court of Law No. 3, and cannot move them.

Again, while no prejudice will befall the Plaintiffs by moving this hearing two or three days back, maintaining it will be prejudicial to the Defendants as it will deprive them of their chosen counsel.

This motion is necessitated by the fact counsel was just retained in this matter, and had no prior knowledge that he would be appearing in front of this Court on April 12, 2016, at 9:00 a.m. This request is not sought for the purposes of delay but so that substantial justice may be done.

**ACCORDINGLY,** Defendants respectfully request that the Court extend the time and date for the Hearing to Thursday, April 14, 2016, or Friday, April 15, 2016, and, for such other and further relief that Defendants may be justly entitled.

Respectfully submitted this 8th Day of April, 2016,

**FRIEDMAN & FEIGER, LLP**

/s/ Mazin A. Sbaiti, Esq.
By:_____
**Mazin A. Sbaiti , Esq.**
State Bar No. 24058096
Mazin@FFLawOffice.com
**Eric M. Friedman**
State Bar No. 24090106
efriedman@fflawoffice.com

5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

This shall certify that the undersigned attempted to confer with Counsel for Plaintiffs regarding the merits of this motion. Counsel for Plaintiffs was not available and did not respond to an email request. The undersigned will amend this Certificate of Conference once a conference is had.

                                                    /s/  Mazin A. Sbaiti, Esq.
                                                          Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, I caused the foregoing to instrument to be electronically filed with the Clerk of Court for the U.S. District Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means.

                                                      /s/  Mazin A. Sbaiti, Esq.
                                                          Attorney