N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID TYLER MOSS AND BRANDON KEATING** | § § § | |
| *Plaintiffs,* | § § § | |
| **MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN** | § § § § § § § § | Civil Action No. 3:14-cv-03088-M |
| *Defendants.* | § | |

## ORDER ON DEFENDANTS' MOTION TO CONTINUE HEARING

**CAME ON FOR CONSIDERATION,** Before the Court is Defendants' Motion to Continue Hearing, currently set for April 11, 2016 at 9:00 a.m. In light of newly retained counsel for the Defendants pre-existing conflict, the Court finds good cause exists to move the hearing, and the hearing is rescheduled for _____, 2016 at \_\_\_ a.m./p.m.