IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **COMMONWEALTH CAPITAL CORP.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:15-cv-02144-C |
| | § | |
| **MEDSHARE TECHNOLOGIES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING EXTENSION OF TIME

**CAME ON FOR CONSIDERATION,** Defendants' Motion for Extension of Time on Defendants' Response to Entry of Judgment and Permanent Injunction [Doc. 76]. After reviewing the pleadings on file, the Court finds that the Motion is meritorious and should be GRANTED. It is therefore:

**ORDERED** that the deadline for Defendants' Response to Entry of Judgment and Permanent Injunction is Monday, April 25, 2016, at 11:59 p.m.

**SIGNED** on this the ____ day of April, 2016.