IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS AND BRANDON KEATING | § § § | |
| *Plaintiffs,* | § § § | |
| MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN | § § § § § § § § | Civil Action No. 3:14-cv-03088-M |
| *Defendants.* | § § | |

## AMENDED CERTIFICATE OF CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**COMES NOW, MARKO PRINCIP** and **BRIAN MARTIN** (collectively herein after "Defendants"), who files this Amended Certificate of Conference on **Defendants' Motion to Continue Hearing [Doc 75]** the hearing scheduled for April 12, 2016, at 9:00 a.m., on the Entry of Judgment and Permanent Injunction.

The undersigned hereby certifies that he conferred with the Plaintiffs' Counsel regarding the relief requested in Defendants' Motion and the Plaintiffs' Counsel represented that they are opposed to the Motion. Therefore, the Motion has been presented for determination.

Respectfully submitted,

**FRIEDMAN & FEIGER, LLP**

By:_____/s/ Mazin A. Sbaiti_____
   **Mazin A. Sbaiti**
   State Bar No. 24058096
   mazin@fflawoffice.com
   **Eric M. Friedman**
   State Bar No. 24090106
   efriedman@fflawoffice.com

5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 11, 2016, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept the Notice as service of this document by electronic means.

               \_\_\_/s/  Mazin Sbaiti_____
                         Attorney