IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID TYLER MOSS, et al., <br> Plaintiffs, | § <br> § <br> § |
| v. | §    No. 3:14-CV-3088-BF |
| | § |
| MARKO PRINCIP, et al., <br> Defendants. | § <br> § <br> § |

## ORDER TO SHOW CAUSE

Before the Court are Defendants' Motion for Withdrawal of Counsel [D.E. 71], Motion to Continue Hearing [D.E. 75], and Motion for Extension of Time on Defendants' Response to Entry of Judgment and Permanent Injunction [D.E. 76].

Defendants' new counsel has entered an appearance on the docket. Notice [D.E. 74]. Therefore, Defendants' Motion for Withdrawal of Counsel is **GRANTED**. A hearing was set for this matter and other matters on April 12, 2016. Order [D.E. 73]. The portion of the hearing dedicated Defendants' Motion for Withdrawal of Counsel is canceled.

Defendants' newly retained counsel has a pre-existing conflict. Mot. Continue [D.E. 75]. As such, the Defendants' Motion to Continue Hearing is **GRANTED**. The hearing is rescheduled for **April 14, 2016 at 9:00 a.m.** in Room 1620, 1100 Commerce St., Dallas, Texas. At this hearing both sides will be prepared to address the Court regarding Plaintiffs' First Motion for Entry of Judgment and Provisional/Preliminary Injunctive Relief [D.E. 68]. Defendants Marko Princip and Bryan Martin are required to personally appear.

Finally, Defendants' Motion for Extension of Time on Defendants' Response to Entry of Judgment and Permanent Injunction [D.E. 76] is **GRANTED in part and DENIED in part**.

1

Defendants' response is now due at **12:00 p.m. on Wednesday, April 13, 2016**.

**SO ORDERED**, April 11, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE