## DECLARATION OF MARKO PRINCIP

My name is Marko Princip. I am over the age of eighteen years. I am competent to testify to the matters stated in this declaration. Except as indicated herein, I make this declaration from my personal knowledge of those matters stated herein.

Attached hereto as Exhibit "1" is a true and correct copy of a screen shot I took on April 13, 2016. Exhibit "1," shows that the Video Games YouTube Channel is in good standing. It has no strikes on it, and is in no danger of being terminated. That said, I and Brian Martin are doing a great job at running the YouTube Channel and making sure it's staying 100% in good standing according to YouTube guidelines.

I registered the Video Games YouTube Channel in my own name on or around May 20, 2012, and it has remained in my personal name since.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of April, 2016.

_____
Marko Princip

EXHIBIT "1"

# Features

To enable these features, your account may have to be in good standing.

## Account status

| | | |
|---|---|---|
| UG videogames | Partner Verified | |
| Network | Studio71_2_4 | ⌃ |
| Community guidelines | ● Good standing | |
| Copyright ❓ | ● Good standing | |

| Feature | Status | Description |
|---|---|---|
| Monetization | ● | You can use ads to monetize your videos. View monetization settings |
| Longer videos | ● | You can now upload videos longer than 15 minutes! Learn more |
| External annotations | ● | Lets you link annotations to external sites or merch partners. Learn more |
| Custom thumbnails | ● | Choose your video's thumbnail by uploading your own. Learn more |
| Paid content | ● | Please contact your network to have this feature enabled for your channel. Learn more |
| Content ID appeals | ● | Lets you appeal rejected Content ID disputes. Learn more |
| Unlisted and private videos | ● | Lets you have unlisted and private videos. Learn more |