N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DAVID TYLER MOSS AND BRANDON KEATING** § § § | |
| *Plaintiffs,* § § | |
| **MARKO PRINCIP, Individually, MARKO PRINCIP d/b/a VIDEOGAMES YOUTUBE CHANNEL, MARKO PRINCIP d/b/a ACHIEVEMENT GUIDE, MARKO PRINCIP d/b/a GAME GUIDE, LLC, VIDEOGAMES YOUTUBE CHANNEL, AND BRIAN MARTIN** § § § § § § § § | Civil Action No. 3:14-cv-03088-M |
| *Defendants.* § § | |

### ORDER ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

**CAME ON FOR CONSIDERATION,** before the Court is Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction. After reviewing the pleadings on file, the Court finds that the Motion is meritorious and should be GRANTED.  It is therefore:

**ORDERED** that this action is hereby dismissed without Prejudice.

**SIGNED** on this the _____ day of April, 2016.