IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-3088-BF |
| | § | |
| MARKO PRINCIP, et al., | § | |
| Defendants. | § | |

## ORDER

On April 14, 2016, this Court held a hearing on Plaintiffs' Motion for Entry of Judgment and Provisional/Preliminary Injunctive Relief [D.E 68]. During the hearing, Plaintiffs' counsel indicated that Plaintiffs intended to waive the jury award regarding breach of contract damages in favor of the awarded tort damages. Therefore, Plaintiffs shall submit a judgment that accurately reflects their intent regarding the waiving of any of the jury's findings to the Court. This proposed judgment shall exclude any language regarding Plaintiffs' proposed preliminary injunction or expulsion of Defendants from the partnership. The proposed judgment shall be due on or before 12:00 p.m. on Tuesday, April 19, 2016.

**SO ORDERED**, April 14, 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE