IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:14-CV-3088-BF |
| | § | |
| MARKO PRINCIP, et al., | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Reconsider this Court's Decisions Regarding Fed. R. Civ. P. 12(b)(1) [D.E. 94]. After reviewing Defendants' motion, the Court finds the briefing to be unpersuasive. *See id.* [D.E. 94]. Furthermore, significant portions of the case law cited or quoted do not stand for the propositions asserted. *See id.* [D.E. 94]. Defendants' motion is **DENIED** in its entirety.

**SO ORDERED**, May 3, 2016.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE