IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 3:14-cv-03088-BT |
| MARKO PRINCIP, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated June 4, 2024 (ECF No. 170). The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made, and notes that it has considered Movant Brian Martin's affidavit. Movant claims he did not know he was a defendant represented by Robert Wilson during the trial that is the subject of this case. That position is belied by the record of the trial. *See*, *e.g.*, ECF No. 88, page 18:

> "My name is Robert Doyle Wilson. I am an attorney here as well in Dallas, Texas. This is Brian Martin to my left, and to my far left ... Marko Princip. We are the Defendants in this case."

The objections are overruled. The Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Movant did not establish a fraud on the Court by clear and convincing evidence. Accordingly, the Court DENIES Brian Martin's Motion for Post-Judgment Relief (ECF No. 169).

**SO ORDERED,** this 3rd day of July, 2024.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE