IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID TYLER MOSS and BRANDON KEATING, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:14-cv-03088-M |
| MARKO PRINCIP and BRIAN MARTIN, | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 22, 2025 (ECF No. 181). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 11th day of February, 2025.

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE